UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MOHAMMAD REZA ABDOLLAHI, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants.<br>_____/ | No. CIV. S-02-2488 FCD JFM<br><br>**<u>RELATED CASE ORDER</u>** |
| ROCIO ALVARADO, et. al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants.<br>_____/ | No. CIV. S-07-0661 FCD JFM |
| ESTATE OF BALJIT SINGH, et. al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>　　　　Defendants.<br>_____/ | No. CIV. S-09-1439 MCE KJM |

1 The court has received the Notice of Related Cases filed May 26, 2009. Examination of
2 the above-entitled actions reveals that the actions are related within the meaning of Local Rule
3 83-123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same or a
4 similar claim, and involve the same property transaction or event. Accordingly, the assignment
5 of the matters to the same judge is likely to effect a substantial savings of judicial effort and is
6 also likely to be convenient for the parties.

7 The parties should be aware that relating the cases under Local Rule 83-123 merely has
8 the result that these actions are assigned to the same judge; no consolidation of the actions is
9 effected. Under the regular practice of this court, related cases are generally assigned to the
10 judge and magistrate judge to whom the first filed action was assigned.

11 IT IS THEREFORE ORDERED that the action denominated, CIV. S-09-1439 MCE
12 KJM is reassigned to Judge Frank C. Damrell, Jr. and Magistrate Judge John F. Moulds for all
13 further proceedings, and any dates currently set in this reassigned case only are hereby
14 VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown
15 as: **CIV. S-09-1439 FCD JFM.**

16 IT IS FURTHER ORDERED that the Clerk of Court issue an Order Requiring a Joint
17 Status Report for the undersigned in CIV. S-09-1439 FCD JFM.

18 IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
19 assignment of civil cases to compensate for this reassignment.

20 IT IS SO ORDERED.
21 DATED: May 28, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE