**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
555 University Avenue, Suite 270
Sacramento, CA 95825
(916) 444-5678

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of BALJIT SINGH, deceased, by and through PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR DHANDA, Individually; SUKHJIT KAUR DHANDA, Individually; DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH, Individually, <br><br>        Plaintiffs, <br><br>        vs. <br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff JOHN MCGINNESS; Sacramento County Sheriff's Department Captain MARK IWASA; Does I through XXX, inclusive, <br><br>        Defendants. <br>_____/ | NO. 2:09-CV-1439 FCD JFM <br><br>**ORDER APPOINTING GUARDIAN AD LITEM** <br><br>[Local Rule 17-202(a)] |

The Court, having considered the petition of PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA for

Order Appointing Guardian ad Litem      1

appointment of a Guardian Ad Litem in the above action, and good cause appearing, hereby orders that Amarjit Singh be appointed Guardian Ad Litem for PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA.

**IT IS SO ORDERED.**

Dated: May 28, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE