| | |
|---|---|
| **LAW OFFICE OF STEWART KATZ** | **LAW OFFICE OF JOSEPH C. GEORGE** |
| Stewart Katz, SBN 127425 | Joseph C. George, Sr., SBN 119231 |
| Guy Danilowitz, SBN 257733 | Joseph George, Jr., SBN 200999 |
| 555 University Avenue, Suite 270 | 2431 Capitol Avenue |
| Sacramento, CA 95825 | Sacramento, CA 95816 |
| Telephone: (916) 444-5678 | Telephone: (916) 442-7100 |
| Facsimile: (916) 444-3364 | Facsimile: (916) 442-7657 |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |
| | |
| **LONGYEAR, O'DEA & LAVRA, LLP** | **MORENO & RIVERA** |
| Van Longyear, SBN 84189 | Jesse M. Rivera, SBN 084259 |
| Jennifer Marquez, SBN 232194 | Jonathan B. Paul, SBN 215884 |
| 3620 American River Drive, Suite 230 | 1451 River Park Drive, Suite 145 |
| Sacramento, CA 95864 | Sacramento, CA 95815 |
| Telephone: (916) 974-8500 | Telephone: (916) 922-1200 |
| Facsimile: (916) 974-8510 | Facsimile: (916) 922-1301 |
| Attorneys for Defendants, | Attorneys for Defendant, |
| County of Sacramento, John McGinness, | Peter Dietrich |
| Scott Jones, Jamie Lewis, AnnMarie Boylan | |

**WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**
Robert F. Tyler, SBN 063055
400 Capitol Mall, 22nd Floor
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Defendants,
Robert Hales, Paul Hendricks, Gregory Sokolov, and Dr. L. Michael Tompkins

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of BALJIT SINGH, et al. | NO. 2:09-CV-01439-FCD-JFM |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |
| _____/ | |

STIPULATION AND ORDER MODIFYING
PRETRIAL SCHEDULING ORDER                                                                     1

1   COME NOW THE PARTIES by and through their respective parties and subject to
2   the approval of this Court, hereby stipulate and respectfully request the following
3   modifications and/or amendments to this Court's Pretrial Scheduling Order of September
4   30, 2009, regarding the scheduling of this case:

5,6   • That the non-expert discovery cut-off date currently set for November 15, 2010 be moved to February 14, 2011.

7,8   • That the expert witness disclosure cut-off date currently set for January 15, 2011 be moved to April 15, 2011.

9,10   • That the supplemental expert witness disclosure cut-off date currently set for February 7, 2011 be moved to May 9, 2011.

11,12   • That the expert discovery cut-off date currently set for March 24, 2011 be moved to June 23, 2011.

13,14   • That the Dispositive Motion cut-off date currently set for June 24, 2011 be moved to September 23, 2011.

15,16   • That the Joint Pretrial Statement currently due August 19, 2011 be moved to November 24, 2011.

17,18   • That the Final Pretrial Conference currently set for August 26, 2011 at 2:00 p.m. in Courtroom 2 be moved to December 2, 2011 at 2:00 p.m. in Courtroom 2.

19,20   • That the Trial currently set for November 1, 2011 at 9:00 a.m. in Courtroom 2 be moved to February 7, 2012 at 9:00 a.m. in Courtroom 2.

21   This calendaring modification is requested because the voluminous nature of the
22   relevant records, some of which the parties have been unable to obtain, as well as the
23   scheduling issues compounded by the number of counsel involved, necessitates this
24   modification.

25

26   Dated: August 24, 2010                                LAW OFFICE OF STEWART KATZ

27
                                                          /s/ Stewart Katz
28                                                        STEWART KATZ,
                                                          Attorneys for Plaintiffs

STIPULATION AND ORDER MODIFYING
PRETRIAL SCHEDULING ORDER                                                                2

| | | |
|---|---|---|
| 1 | Dated: August 24, 2010 | LAW OFFICE OF JOSEPH C. GEORGE |

/s/ Joseph C. George, Sr.
JOSEPH C. GEORGE, SR.
Attorneys for Plaintiffs

Dated: August 25, 2010                LONGYEAR, O'DEA & LAVRA, LLP

/s/ Van Longyear
VAN LONGYEAR
Attorneys for Defendants,
County of Sacramento, John McGinness,
Scott Jones, Jamie Lewis, AnnMarie Boylan

Dated: August 25, 2010                MORENO & RIVERA

/s/ Jesse M. Rivera
JESSE M. RIVERA
Attorneys for Defendant,
Peter Dietrich

Dated: August 30, 2010                WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

/s/ Robert F. Tyler, Jr.
ROBERT F. TYLER, JR.
Attorneys for Defendants, Robert Hales,
Paul Hendricks, Gregory Sokolov, and
L. Michael Tompkins

/ / /

/ / /

/ / /

STIPULATION AND ORDER MODIFYING
PRETRIAL SCHEDULING ORDER                           3

# **ORDER**

The Court hereby modifies the Pretrial Scheduling Order as follows:

- That the **non-expert discovery cut-off date** currently set for November 15, 2010 be moved to **February 14, 2011**.
- That the **expert witness disclosure cut-off date** currently set for January 15, 2011 be moved to **April 15, 2011**.
- That the supplemental expert witness disclosure cut-off date currently set for February 7, 2011 be moved to May 9, 2011.
- That the **expert discovery** cut-off date currently set for March 24, 2011 be moved to **June 23, 2011.**
- That the **Dispositive Motion cut-off date** currently set for June 24, 2011 be moved to **September 30, 2011.**
- That the Joint Pretrial Statement currently due August 19, 2011 be moved to November 24, 2011.
- That the **Final Pretrial Conference** currently set for August 26, 2011 at 2:00 p.m. in Courtroom 2 be moved to **December 2, 2011 at 2:00 p.m.** in Courtroom 2.
- That the **Jury Trial** currently set for November 1, 2011 at 9:00 a.m. in Courtroom 2 be moved to **February 7, 2012 at 9:00 a.m.** in Courtroom 2.

**IT IS SO ORDERED.**

Dated: August 31, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE