| | |
|---|---|
| **LAW OFFICE OF STEWART KATZ**<br>Stewart Katz, SBN 127425<br>Guy Danilowitz, SBN 257733<br>555 University Avenue, Suite 270<br>Sacramento, CA  95825<br>Telephone: (916) 444-5678<br>Facsimile:  (916) 444-3364<br>Attorneys for Plaintiffs | **LAW OFFICE OF JOSEPH C. GEORGE**<br>Joseph C. George, Sr., SBN 119231<br>Joseph George, Jr., SBN 200999<br>2431 Capitol Avenue<br>Sacramento, CA  95816<br>Telephone: (916) 442-7100<br>Facsimile:  (916) 442-7657<br>Attorneys for Plaintiffs |
| **LONGYEAR, O'DEA & LAVRA, LLP**<br>Van Longyear, SBN 84189<br>Jennifer Marquez, SBN 232194<br>3620 American River Drive, Suite 230<br>Sacramento, CA  95864<br>Telephone: (916) 974-8500<br>Facsimile:  (916) 974-8510<br>Attorneys for Defendants,<br>County of Sacramento, John McGinness,<br>Scott Jones, Jamie Lewis, AnnMarie Boylan | **MORENO & RIVERA**<br>Jesse M. Rivera, SBN 084259<br>Jonathan B. Paul, SBN 215884<br>1451 River Park Drive, Suite 145<br>Sacramento, CA  95815<br>Telephone: (916) 922-1200<br>Facsimile:  (916) 922-1301<br>Attorneys for Defendant,<br>Peter Dietrich |

**WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**
Robert F. Tyler, SBN 063055
400 Capitol Mall, 22nd Floor
Sacramento, CA  95814
Telephone: (916) 441-2430
Facsimile:  (916) 442-6664

Attorneys for Defendants,
Robert Hales, Paul Hendricks, Gregory Sokolov, and Dr. L. Michael Tompkins

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of BALJIT SINGH, et al.<br><br>              Plaintiffs,<br><br>     vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>              Defendants.<br>_____/ | NO. 2:09-CV-01439-FCD-JFM<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

1    COME NOW THE PARTIES by and through their respective parties and subject to
2 the approval of this Court, hereby stipulate and respectfully request the following
3 modifications and/or amendments to this Court's Pretrial Scheduling Order of August 31,
4 2010, regarding the scheduling of this case:

5 - That the non-expert discovery cut-off date currently set for February 14, 2011 be
6   moved to May 16, 2011.
7 - That the expert witness disclosure cut-off date currently set for April 15, 2011 be
8   moved to July 15, 2011.
9 - That the supplemental expert witness disclosure cut-off date currently set for
10   May 9, 2011 be moved to August 8, 2011.
11 - That the expert discovery cut-off date currently set for June 23, 2011 be moved to
12   October 13, 2011.
13 - That the Dispositive Motion cut-off date currently set for September 30, 2011 be
14   moved to January 27, 2012.
15 - That the Joint Pretrial Statement currently due November 24, 2011 be moved to
16   March 16, 2012.
17 - That the Final Pretrial Conference currently set for December 2, 2011 at 2:00 pm in
18   Courtroom 2 be moved to March 23, 2012 at 2:00pm in Courtroom 2.
19 - That the Trial currently set for February 7, 2012 at 9:00am in Courtroom 2 be
20   moved to May 29, 2012 at 9:00am in Courtroom 2.

21    This calendaring modification is requested because there is a terminal illness being
22 suffered by one of counsel's family members that is affecting his availability, as well as the
23 voluminous nature of the relevant records and the breadth of discovery.
24
25 Dated: December 22, 2010                LAW OFFICE OF STEWART KATZ
26
                                           /s/ Stewart Katz
27                                         STEWART KATZ,
                                           Attorneys for Plaintiffs
28

STIPULATION ORDER MODIFYING
PRETRIAL SCHEDULING ORDER                                      2

Dated: December 22, 2010        LAW OFFICE OF JOSEPH C. GEORGE

/s/ Joseph C. George, Sr.
JOSEPH C. GEORGE, SR.
Attorneys for Plaintiffs

Dated: December 30, 2010        LONGYEAR, O'DEA & LAVRA, LLP

/s/ Van Longyear
VAN LONGYEAR
Attorneys for Defendants,
County of Sacramento, John McGinness,
Scott Jones, Jamie Lewis, AnnMarie Boylan

Dated: December 23, 2010        MORENO & RIVERA

/s/ Jesse M. Rivera
JESSE M. RIVERA
Attorneys for Defendant,
Peter Dietrich

Dated: December 22, 2010        WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

/s/ Robert F. Tyler, Jr.
ROBERT F. TYLER, JR.
Attorneys for Defendants, Robert Hales,
Paul Hendricks, Gregory Sokolov, and
L. Michael Tompkins

/ / /

/ / /

/ / /

STIPULATION ORDER MODIFYING
PRETRIAL SCHEDULING ORDER                            3

## ORDER

The Court hereby MODIFIES its Pretrial Scheduling Order as follows:

- Discovery cut-off date is extended to May 16, 2011.
- Expert witness disclosure cut-off is extended to July 15, 2011.
- Supplemental expert witness disclosure cut-off is extended to August 8, 2011.
- Expert discovery cut-off is extended to October 13, 2011.
- The Dispositive Motion deadline is moved to January 27, 2012.
- The Final Pretrial Conference is reset for March 23, 2012 at 2:00 p.m. The parties shall file their Joint Pretrial Statement on or before March 16, 2012.
- The Trial date is reset for **June 5, 2012** at 9:00 a.m. in Courtroom 2.

**IT IS SO ORDERED.**

Dated: January 3, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE