IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF BALJIT SINGH, et al.,

      Plaintiffs,               No. CIV 2:09-cv-1439-FCD-JFM

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.         <u>ORDER</u>

                            /

        In light of plaintiff's status report filed January 7, 2011, IT IS HEREBY ORDERED that a status conference shall be held on February 17, 2011 at 11:00 a.m. in courtroom # 26.

DATED: February 9, 2011.

                                    /s/ John F. Moulds
                             UNITED STATES MAGISTRATE JUDGE

/014;sing1439.status