| | |
|---|---|
| **LAW OFFICE OF STEWART KATZ** | **LAW OFFICE OF JOSEPH C. GEORGE** |
| Stewart Katz, SBN 127425 | Joseph C. George, Sr., SBN 119231 |
| Guy Danilowitz, SBN 257733 | Joseph George, Jr., SBN 200999 |
| 555 University Avenue, Suite 270 | 2431 Capitol Avenue |
| Sacramento, CA  95825 | Sacramento, CA  95816 |
| Telephone: (916) 444-5678 | Telephone: (916) 442-7100 |
| Facsimile:  (916) 444-3364 | Facsimile:  (916) 442-7657 |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |
| | |
| **LONGYEAR, O'DEA & LAVRA, LLP** | **MORENO & RIVERA** |
| Van Longyear, SBN 84189 | Jesse M. Rivera, SBN 084259 |
| Jennifer Marquez, SBN 232194 | Jonathan B. Paul, SBN 215884 |
| 3620 American River Drive, Suite 230 | 1451 River Park Drive, Suite 145 |
| Sacramento, CA  95864 | Sacramento, CA  95815 |
| Telephone: (916) 974-8500 | Telephone: (916) 922-1200 |
| Facsimile:  (916) 974-8510 | Facsimile:  (916) 922-1301 |
| Attorneys for Defendants, | Attorneys for Defendant, |
| County of Sacramento, John McGinness, | Peter Dietrich |
| Scott Jones, Jamie Lewis, AnnMarie Boylan | |

**WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**
Robert F. Tyler, SBN 063055
400 Capitol Mall, 22nd Floor
Sacramento, CA  95814
Telephone: (916) 441-2430
Facsimile:  (916) 442-6664

Attorneys for Defendants,
Robert Hales, Paul Hendricks, Gregory Sokolov, and Dr. L. Michael Tompkins

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of BALJIT SINGH, et al. | NO. 2:09-cv-01439-FCD-JFM |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |
| _____/ | |

1    COME NOW THE PARTIES by and through their respective parties and subject to
2 the approval of this Court, hereby stipulate and respectfully request the following
3 modifications and/or amendments to this Court's Pretrial Scheduling Order of August 31,
4 2010, regarding the scheduling of this case:
5 - That the non-expert discovery cut-off date currently set for May 16, 2011 be moved
6     to **August 29, 2011**.
7 - That the expert witness disclosure cut-off date currently set for July 15, 2011 be
8     moved to **October 28, 2011**.
9 - That the supplemental expert witness disclosure cut-off date currently set for
10     August 8, 2011 be moved to **November 21, 2011**.
11 - That the expert discovery cut-off date currently set for October 13, 2011 be moved
12     to **January 26, 2012**.
13 - That the Dispositive Motion cut-off date currently set for January 27, 2012 be
14     moved to **March 23, 2012**.
15 - That the Joint Pretrial Statement currently due March 16, 2012 be moved to **May
16     25, 2012**.
17 - That the Final Pretrial Conference currently set for March 23, 2012 at 2:00pm in
18     Courtroom 2 be moved to **June 1, 2012, at 1:30 p.m.**
19 - That the Trial currently set for June 5, 2012 9:00am in Courtroom 2 be moved to
20     **August 14, 2012, at 9:00 a.m.**
21    This calendaring modification is requested because the availability of lead counsel
22 for one of the parties has been affected by the recent death of his mother, as well as the
23 voluminous nature of the relevant records and the breadth of discovery.
24    In addition, there has been an unexpected roadblock to discovery posed by the
25 Sacramento Superior Court requiring multiple motions, despite the cooperation amongst all
26 of the counsel in this matter, to disclose information which potentially has a significant
27 impact on the value of the case.
28

| | | |
|---|---|---|
| 1 | Dated: April 14, 2011 | LAW OFFICE OF STEWART KATZ |
| 2 | | /s/ Stewart Katz |
| 3 | | STEWART KATZ, |
| | | Attorneys for Plaintiffs |

Dated: April 14, 2011        LAW OFFICE OF JOSEPH C. GEORGE

/s/ Joseph C. George, Sr.
JOSEPH C. GEORGE, SR.
Attorneys for Plaintiffs


Dated: April 14, 2011        LONGYEAR, O'DEA & LAVRA, LLP

/s/ Van Longyear
VAN LONGYEAR
Attorneys for Defendants,
County of Sacramento, John McGinness,
Scott Jones, Jamie Lewis, AnnMarie Boylan


Dated: April 14, 2011        MORENO & RIVERA

/s/ Jesse M. Rivera
JESSE M. RIVERA
Attorneys for Defendant,
Peter Dietrich


Dated: April 14, 2011        WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

/s/ Robert F. Tyler, Jr.
ROBERT F. TYLER, JR.
Attorneys for Defendants, Robert Hales,
Paul Hendricks, Gregory Sokolov, and
L. Michael Tompkins

1   **IT IS SO ORDERED.**

3   Dated: April 15, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE