| | |
|---|---|
| **LONGYEAR, O'DEA & LAVRA, LLP**<br>Van Longyear, SBN 84189<br>Jennifer Marquez, SBN 232194<br>3620 American River Drive, Suite 230<br>Sacramento, CA  95864<br>Telephone: (916) 974-8500<br>Facsimile:  (916) 974-8510<br>Attorneys for Defendants,<br>County of Sacramento, John McGinness,<br>Scott Jones, Jamie Lewis, AnnMarie Boylan | **LAW OFFICE OF JOSEPH C. GEORGE**<br>Joseph C. George, Sr., SBN 119231<br>Joseph George, Jr., SBN 200999<br>2431 Capitol Avenue<br>Sacramento, CA  95816<br>Telephone: (916) 442-7100<br>Facsimile:  (916) 442-7657<br>Attorneys for Plaintiffs |
| **LAW OFFICE OF STEWART KATZ**<br>Stewart Katz, SBN 127425<br>Guy Danilowitz, SBN 257733<br>555 University Avenue, Suite 270<br>Sacramento, CA  95825<br>Telephone: (916) 444-5678<br>Facsimile:  (916) 444-3364<br>Attorneys for Plaintiffs | **RIVERA & ASSOCIATES**<br>Jesse M. Rivera, SBN 084259<br>1451 River Park Drive, Suite 145<br>Sacramento, CA  95815<br>Telephone: (916) 922-1200<br>Facsimile:  (916) 922-1303<br>Attorneys for Defendant,<br>Peter Dietrich |
| **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**<br>Robert F. Tyler, SBN 063055<br>400 Capitol Mall, 22nd Floor<br>Sacramento, CA  95814<br>Telephone: (916) 441-2430<br>Facsimile:  (916) 442-6664<br>Attorneys for Defendants,<br>Robert Hales, Paul Hendricks, Gregory Sokolov, and Dr. L. Michael Tompkins | |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BALJIT SINGH, deceased, by and through PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR DHANDA, Individually; SUKHJIT KAUR DHANDA, Individually; DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH, Individually,<br><br>    Plaintiffs, | **CASE NO. 2:09-CV- 1439 FCD JFM**<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER [DOCKET NO. 54]** |

1  v.

2  COUNTY OF SACRAMENTO; Sacramento County Sheriff JOHN MCGINNESS; Sacramento County Main Jail Commander SCOTT JONES; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Sacramento County Chief of Correctional Health Services ANNMARIE BOYLAN; Sacramento County Jail System Medical Director Dr. PETER DIETRICH; UC Davis Department of Psychiatry Chair DR. ROBERT HALES; Clinical Direct of Jail Psychiatric Services PAUL HENDRICKS; Medical Director of Jail Psychiatric Services DR. GREGORY SOKOLOV; L. MICHAEL TOMPKINS; and Does 1 to 40, inclusive,

   Defendants.

13  COME NOW THE PARTIES by and through their respective parties and subject to the

14  approval of this Court, hereby stipulate and respectfully request the following modifications to

15  this Court's Pretrial Scheduling Order of April 15, 2011 (Doc. 54), regarding the scheduling of

16  this case:

- That the non-expert discovery cut-off date currently set for August 29, 2011 be moved to **November 29, 2011.**

- That the expert witness disclosure cut-off date currently set for October 28, 2011 be moved to **January 30, 2012.**

- That the supplemental expert witness disclosure cut-off date currently set for November 21, 2011 be moved to **February 21, 2012.**

- That the expert discovery cut-off date currently set for January 26, 2012 be moved to **April 26, 2012.**

- That the dispositive motion cut-off date currently set for March 23, 2012 be moved to **June 29, 2012.**

1   - That the Joint Pretrial Statement currently due May 25, 2012 be moved to **August 24, 2012.**
3   - That the Final Pretrial Conference currently set for June 1, 2012 at 1:30 p.m. be moved to **August 31, 2012 at 1:30 p.m.**
5   - That the Trial date currently set for August 14, 2012 be moved to **November 14, 2012, at 9:00 a.m.**

This calendaring modification is requested because of the limited availability of both plaintiffs' and defense counsel due to trials in other cases, calendaring conflicts regarding same and counsel for the County of Sacramento is in the process of producing thousands of pages of documents that cannot be produced by the close of the current discovery deadline.

**IT IS SO STIPULATED.**

Dated: July 15, 2011            LAW OFFICE OF STEWART KATZ

                                By: /s/ Stewart Katz                .
                                    STEWART KATZ
                                    Attorneys for Plaintiffs


Dated: July 15, 2011            LAW OFFICE OF JOSEPH C. GEORGE

                                By: /s/ Joe George                  .
                                    JOSEPH C. GEORGE, SR.
                                    Attorneys for Plaintiffs


Dated: July 15, 2011            LONGYEAR, O'DEA & LAVRA, LLP

                                By: /s/ Jennifer Marquez            .
                                    VAN LONGYEAR
                                    JENNIFER MARQUEZ
                                    Attorneys for Defendants,
                                    County of Sacramento, John McGinness,
                                    Scott Jones, Jamie Lewis, AnnMarie Boylan


Dated: July 15, 2011            RIVERA & ASSOCIATES

                                By: /s/ Jesse Rivera                .
                                    JESSE M. RIVERA

1
2  Dated: July 15, 2011
3
4
5
6
7
8       **IT IS SO ORDERED.**
9
10 Dated:  July 18, 2011
11
12

                            Attorneys for Defendant,
                            Peter Dietrich
                            WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

                            By: /s/ Robert Tyler                                                     .
                                  ROBERT F. TYLER, JR.
                                  Attorneys for Defendants,
                                  Robert Hales, Paul Hendricks,
                                  Gregory Sokolov, L. Michael Tompkins

_[signature]_
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE