IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF BALJIT SINGH, et al.,

    Plaintiffs,               No. CIV 2:09-cv-1439-JAM-JFM

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.             <u>ORDER</u>

/

        On the court's own motion, IT IS HEREBY ORDERED that a status conference shall be held on October 13, 2011 at 11:00 a.m. in Courtroom #26 before the undersigned. The parties shall be prepared to discuss the status of the confidential documents from the Sacramento County Family Law Court.

DATED: September 8, 2011.

                                 UNITED STATES MAGISTRATE JUDGE

/014;sing1439.jo(2)

1