IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTATE OF BALJIT SINGH, et al.,

     Plaintiffs,                    No. CIV 2:09-cv-1439-JAM-JFM

  vs.

COUNTY OF SACRAMENTO, et al.,

     Defendants.              <u>ORDER</u>

_____/

      On October 13, 2011, the court held a status conference in this matter. Guy Danilowitz appeared on behalf of plaintiffs. Defense counsel Jennifer Marquez, Robert Tyler and Jonathan Paul were also present. Based upon discussion with counsel, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court shall forward the lodged documents from Sacramento County Superior Court, case Nos. 06FS04832 and 99FS04931 ("the state court files"), to Guy Danilowitz at the Law Office of Stewart Katz, 555 University Avenue, Suite 270, Sacramento, CA 95825.

      2. Counsel for plaintiff shall arrange for defense counsel to review and copy the state court files subject to the terms set forth in this order.

/////

1

3. The state court files shall be designated Attorneys' Eyes Only unless application is made to the court for use in connection with this litigation.

DATED: October 18, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;sing1439.jo2