**LONGYEAR, O'DEA & LAVRA, LLP**
Van Longyear, SBN 84189
Jennifer Marquez, SBN 232194
3620 American River Drive, Suite 230
Sacramento, CA 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510
Attorneys for Defendants,
County of Sacramento, John McGinness,
Scott Jones, Jamie Lewis, AnnMarie Boylan

**LAW OFFICE OF JOSEPH C. GEORGE**
Joseph C. George, Sr., SBN 119231
Joseph George, Jr., SBN 200999
2431 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 442-7100
Facsimile: (916) 442-7657
Attorneys for Plaintiffs

**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN 127425
Guy Danilowitz, SBN 257733
555 University Avenue, Suite 270
Sacramento, CA 95825
Telephone: (916) 444-5678
Facsimile: (916) 444-3364
Attorneys for Plaintiffs

**RIVERA & ASSOCIATES**
Jesse M. Rivera, SBN 084259
2180 Harvard Street, Ste. 310
Sacramento, CA 95815
Telephone: (916) 922-1200
Facsimile: (916) 922-1303
Attorneys for Defendant,
Peter Dietrich

**WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**
Robert F. Tyler, SBN 063055
400 Capitol Mall, 22nd Floor
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664
Attorneys for Defendants,
Robert Hales, Paul Hendricks, Gregory Sokolov, and Dr. L. Michael Tompkins

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

ESTATE OF BALJIT SINGH, deceased, by and through PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR DHANDA, Individually; SUKHJIT KAUR DHANDA, Individually; DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH, Individually,

   Plaintiffs,

**CASE NO. 2:09-CV- 1439 JAM JFM**

**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER [DOCKET NO. 65]**

***AS MODIFIED BY THE COURT**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | v. |
| 2 | COUNTY OF SACRAMENTO; Sacramento County Sheriff JOHN MCGINNESS; Sacramento County Main Jail Commander SCOTT JONES; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Sacramento County Chief of Correctional Health Services ANNMARIE BOYLAN; Sacramento County Jail System Medical Director Dr. PETER DIETRICH; UC Davis Department of Psychiatry Chair DR. ROBERT HALES; Clinical Direct of Jail Psychiatric Services PAUL HENDRICKS; Medical Director of Jail Psychiatric Services DR. GREGORY SOKOLOV; L. MICHAEL TOMPKINS; and Does 1 to 40, inclusive, |
| | Defendants. |

COME NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications to this Court's Pretrial Scheduling Order of September 6, 2011 (Doc. No. 65).

The parties propose the following schedule:

- That the non-expert discovery cut-off date currently set for April 26, 2012 be **moved to February 29, 2012.**

- That the expert witness disclosure cut-off date currently set for January 30, 2012 be **moved to April 16, 2012.**

- That the supplemental expert witness disclosure cut-off date currently set for February 21, 2012 be **moved to May 7, 2012.**

- That the expert discovery cut-off date be **moved to May 31, 2012** (there is no expert discovery cut-off date specified in Docket No. 65 other than the general discovery cut-off date of April 26, 2012).

- That the dispositive motion filing date currently set for June 13, 2012 be **moved to July 16, 2012.**

PDF created with pdfFactory trial version www.pdffactory.com

- That the last day to file and serve an opposition to dispositive motions be set for **August 6, 2012.**
- That the last day to file and serve a reply to an opposition to dispositive motions be set for **August 20, 2012.**
- That the last day to hear dispositive motions currently set for July 11, 2012 **be moved to * September 5, 2012 at 9:30 a.m.**
- That the Joint Pretrial Statement currently due on August 24, 2012 be **moved to * November 2, 2012.**
- That the Final Pretrial Conference currently set for August 31, 2012 at 11:00 AM be **moved to November 9, 2012, at *10:00 AM.**
- That the Trial date currently set for November 5, 2012 be **moved to January 14, 2013 at 9:00 a.m.**

This calendaring modification is requested because of the limited availability of both plaintiffs' counsel and defense counsel due to trials in other cases and calendaring conflicts regarding same.

**IT IS SO STIPULATED.**

Dated: December 21, 2011            LAW OFFICE OF STEWART KATZ

                                    By: /s/ Stewart Katz                .
                                        STEWART KATZ
                                        Attorneys for Plaintiffs


Dated: December 21, 2011            LAW OFFICE OF JOSEPH C. GEORGE

                                    By: /s/ Joe George                  .
                                        JOSEPH C. GEORGE, SR.
                                        Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: December 21, 2011 | LONGYEAR, O'DEA & LAVRA, LLP |
| | By: /s/ Van Longyear |
| | VAN LONGYEAR |
| | JENNIFER MARQUEZ |
| | Attorneys for Defendants, |
| | County of Sacramento, John McGinness, |
| | Scott Jones, Jamie Lewis, AnnMarie Boylan |
| Dated: December 21, 2011 | RIVERA & ASSOCIATES |
| | By: /s/ Jesse Rivera |
| | JESSE M. RIVERA |
| | Attorneys for Defendant, |
| | Peter Dietrich |
| Dated: December 21, 2011 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| | By: /s/ Robert Tyler |
| | ROBERT F. TYLER, JR. |
| | Attorneys for Defendants, |
| | Robert Hales, Paul Hendricks, |
| | Gregory Sokolov, L. Michael Tompkins |

**IT IS SO ORDERED *AS MODIFIED BY THE COURT**

| | |
|---|---|
| Dated:  December 22, 2011 | /s/ John A. Mendez |
| | John A. Mendez |
| | United States District Judge |

PDF created with pdfFactory trial version www.pdffactory.com