| | |
|---|---|
| **LONGYEAR, O'DEA & LAVRA, LLP**<br>Van Longyear, SBN 84189<br>Jennifer Marquez, SBN 232194<br>3620 American River Drive, Suite 230<br>Sacramento, CA 95864<br>Telephone: (916) 974-8500<br>Facsimile:  (916) 974-8510<br>Attorneys for Defendants,<br>County of Sacramento, John McGinness,<br>Scott Jones, Jamie Lewis, AnnMarie Boylan | **LAW OFFICE OF JOSEPH C. GEORGE**<br>Joseph C. George, Sr., SBN 119231<br>Joseph George, Jr., SBN 200999<br>2431 Capitol Avenue<br>Sacramento, CA 95816<br>Telephone: (916) 442-7100<br>Facsimile:  (916) 442-7657<br>Attorneys for Plaintiffs |
| **LAW OFFICE OF STEWART KATZ**<br>Stewart Katz, SBN 127425<br>Guy Danilowitz, SBN 257733<br>555 University Avenue, Suite 270<br>Sacramento, CA 95825<br>Telephone: (916) 444-5678<br>Facsimile:  (916) 444-3364<br>Attorneys for Plaintiffs | **RIVERA & ASSOCIATES**<br>Jesse M. Rivera, SBN 084259<br>1451 River Park Drive, Suite 145<br>Sacramento, CA 95815<br>Telephone: (916) 922-1200<br>Facsimile:  (916) 922-1303<br>Attorneys for Defendant,<br>Peter Dietrich |

**WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**
Robert F. Tyler, SBN 063055
400 Capitol Mall, 22nd Floor
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Defendants,
Robert Hales, Paul Hendricks, Gregory Sokolov, and Dr. L. Michael Tompkins

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BALJIT SINGH, deceased, by and through PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR DHANDA, Individually; SUKHJIT KAUR DHANDA, Individually; DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH, Individually,<br><br>            Plaintiffs, | **CASE NO. 2:09-CV- 1439 JAM JFM**<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

|   |   |
|---|---|
| 1 | v. |
| 2 | COUNTY OF SACRAMENTO; Sacramento County Sheriff JOHN MCGINNESS; Sacramento County Main Jail Commander SCOTT JONES; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Sacramento County Chief of Correctional Health Services ANNMARIE BOYLAN; Sacramento County Jail System Medical Director Dr. PETER DIETRICH; UC Davis Department of Psychiatry Chair DR. ROBERT HALES; Clinical Direct of Jail Psychiatric Services PAUL HENDRICKS; Medical Director of Jail Psychiatric Services DR. GREGORY SOKOLOV; L. MICHAEL TOMPKINS; and Does 1 to 40, inclusive, |
|   | Defendants. |

COME NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request the following modification to this Court's Pretrial Scheduling Order:

- That the discovery deadline extend from February 29, 2012 to March 30, 2012 for the following purpose:

1. To complete the deposition of Autar Singh *only*.

Autar Singh's deposition was scheduled for February 13, 2012, but was cancelled due to ill health. The scheduling modification will allow time for Mrs. Singh to recuperate.

The Final Pretrial Conference is scheduled for November 9, 2012. Trial in this matter is scheduled for January 14, 2013.

**IT IS SO STIPULATED.**

Dated: February 29, 2012         LAW OFFICE OF STEWART KATZ

                                 By: /s/ Stewart Katz              .
                                     STEWART KATZ
                                     Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: February 29, 2012 | LAW OFFICE OF JOSEPH C. GEORGE |
| 2 | | By: /s/ Joe George . |
| 3 | | JOSEPH C. GEORGE, SR.<br>Attorneys for Plaintiffs |
| 5 | Dated: February 29, 2012 | LONGYEAR, O'DEA & LAVRA, LLP |
| 6 | | By: /s/ Van Longyear . |
| 7 | | VAN LONGYEAR<br>JENNIFER MARQUEZ<br>Attorneys for Defendants, |
| 8 | | County of Sacramento, John McGinness,<br>Scott Jones, Jamie Lewis, AnnMarie Boylan |
| 11 | Dated: February 29, 2012 | RIVERA & ASSOCIATES |
| 12 | | By: /s/ Jesse Rivera . |
| 13 | | JESSE M. RIVERA<br>Attorneys for Defendant,<br>Peter Dietrich |
| 14/15 | Dated: February 29, 2012 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| 16 | | By: /s/ Robert Tyler |
| 17 | | ROBERT F. TYLER, JR.<br>Attorneys for Defendants, |
| 18 | | Robert Hales, Paul Hendricks, |
| 19 | | Gregory Sokolov, L. Michael Tompkins |

**IT IS SO ORDERED.**

Dated:  3/1/2012             /s/ John A. Mendez
                             John A. Mendez
                             United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com