| | |
|---|---|
| **LAW OFFICE OF STEWART KATZ**<br>Stewart Katz, SBN 127425<br>Guy Danilowitz, SBN 257733<br>555 University Avenue, Suite 270<br>Sacramento, CA  95825<br>Telephone: (916) 444-5678<br>Facsimile:  (916) 444-3364<br>Attorneys for Plaintiffs | **LAW OFFICE OF JOSEPH C. GEORGE**<br>Joseph C. George, Sr., SBN 119231<br>Joseph George, Jr., SBN 200999<br>601 University Ave, Suite 200<br>Sacramento, CA  95825<br>Telephone: (916) 641-7300<br>Facsimile:  (916) 641-7303<br>Attorneys for Plaintiffs |
| **LONGYEAR, O'DEA & LAVRA, LLP**<br>Van Longyear, SBN 84189<br>Jennifer Marquez, SBN 232194<br>3620 American River Drive, Suite 230<br>Sacramento, CA  95864<br>Telephone: (916) 974-8500<br>Facsimile:  (916) 974-8510<br>Attorneys for Defendants,<br>County of Sacramento, John McGinness,<br>Scott Jones, Jamie Lewis, AnnMarie Boylan | **RIVERA & ASSOCIATES**<br>Jesse M. Rivera, SBN 084259<br>Jonathan B. Paul, SBN 215884<br>2180 Harvard Street, Suite 310<br>Sacramento, CA 95815<br>Telephone: (916) 922-1200<br>Facsimile:  (916) 922-1303<br>Attorneys for Defendant,<br>Peter Dietrich |

**WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**
Robert F. Tyler, SBN 063055
400 Capitol Mall, 22nd Floor
Sacramento, CA  95814
Telephone: (916) 441-2430
Facsimile:  (916) 442-6664
Attorneys for Defendants,
Robert Hales, Paul Hendricks, Gregory Sokolov, and Dr. L. Michael Tompkins

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of BALJIT SINGH, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>    Defendants.<br>_____/ | NO. 2:09-CV-01439-JAM-JFM<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER [DOCUMENT 95]** |

STIPULATION AND [PROPOSED] ORDER MODIFYING
PRETRIAL SCHEDULING ORDER

1

PDF created with pdfFactory trial version www.pdffactory.com

1  COME NOW THE PARTIES by and through their respective parties and subject to
2 the approval of this Court, hereby stipulate and respectfully request the following
3 modifications and/or amendments to this Court's Pretrial Scheduling Order of December
4 22, 2011 (Document 95), regarding the scheduling of this case:

- That the expert witness disclosure cut-off date currently set for April 16, 2012 be moved to April 30, 2012.
- That the supplemental expert witness disclosure cut-off date currently set for May 7, 2012 be moved to May 14, 2012.

This calendaring modification is requested because the parties have completed non-expert discovery; however, the volume of the discovery produced necessitates that the experts be given additional time to complete their reports. The requested modification does **not** change the expert discovery date cut-off date of May 31, 2012 nor does it change the existing scheduling order as it pertains to dispositive motions and trial.

Dated: April 3, 2012              LAW OFFICE OF STEWART KATZ

                                  /s/ Stewart Katz
                                  STEWART KATZ,
                                  Attorneys for Plaintiffs

Dated: April 3, 2012              LAW OFFICE OF JOSEPH C. GEORGE

                                  /s/ Joseph C. George, Sr.
                                  JOSEPH C. GEORGE, SR.
                                  Attorneys for Plaintiffs

Dated: April 3, 2012              LONGYEAR, O'DEA & LAVRA, LLP

                                  /s/ Jennifer Marquez
                                  JENNIFER MARQUEZ
                                  Attorneys for Defendants,
                                  County of Sacramento, John McGinness,
                                  Scott Jones, Jamie Lewis, AnnMarie Boylan

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: April 3, 2012 | RIVERA & ASSOCIATES |
| 2 | | /s/ Jesse M. Rivera |
| 3 | | JESSE M. RIVERA<br>Attorneys for Defendant, |
| 4 | | Peter Dietrich |
| 5 | | |
| 6 | Dated: April 3, 2012 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| 7 | | |
| 8 | | /s/ Robert F. Tyler, Jr.<br>ROBERT F. TYLER, JR. |
| 9 | | Attorneys for Defendants, Robert Hales, Paul Hendricks, Gregory Sokolov, and |
| 10 | | L. Michael Tompkins |

**IT IS SO ORDERED.**

Dated: April 3, 2012              /s/ John A. Mendez
                                  The Honorable John A. Mendez
                                  Judge of the U.S. District Court

STIPULATION AND [PROPOSED] ORDER MODIFYING
PRETRIAL SCHEDULING ORDER

3

PDF created with pdfFactory trial version www.pdffactory.com