| | |
|---|---|
| **LAW OFFICE OF STEWART KATZ**<br>Stewart Katz, SBN 127425<br>Guy Danilowitz, SBN 257733<br>555 University Avenue, Suite 270<br>Sacramento, CA 95825<br>Telephone: (916) 444-5678<br>Facsimile: (916) 444-3364<br>Attorneys for Plaintiffs | **LAW OFFICE OF JOSEPH C. GEORGE**<br>Joseph C. George, Sr., SBN 119231<br>Joseph George, Jr., SBN 200999<br>601 University Ave, Suite 200<br>Sacramento, CA 95825<br>Telephone: (916) 641-7300<br>Facsimile: (916) 641-7303<br>Attorneys for Plaintiffs |
| **LONGYEAR, O'DEA & LAVRA, LLP**<br>Van Longyear, SBN 84189<br>Jennifer Marquez, SBN 232194<br>3620 American River Drive, Suite 230<br>Sacramento, CA 95864<br>Telephone: (916) 974-8500<br>Facsimile: (916) 974-8510<br>Attorneys for Defendants,<br>County of Sacramento, John McGinness,<br>Scott Jones, Jamie Lewis, AnnMarie Boylan | **RIVERA & ASSOCIATES**<br>Jesse M. Rivera, SBN 084259<br>Jonathan B. Paul, SBN 215884<br>2180 Harvard Street, Suite 310<br>Sacramento, CA 95815<br>Telephone: (916) 922-1200<br>Facsimile: (916) 922-1303<br>Attorneys for Defendant,<br>Peter Dietrich |
| **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**<br>Robert F. Tyler, SBN 063055<br>400 Capitol Mall, 22nd Floor<br>Sacramento, CA 95814<br>Telephone: (916) 441-2430<br>Facsimile: (916) 442-6664<br>Attorneys for Defendants,<br>Robert Hales, Paul Hendricks, Gregory Sokolov, and Dr. L. Michael Tompkins | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of BALJIT SINGH, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants.<br>_____/ | NO. 2:09-CV-01439-JAM-JFM<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER [DOCUMENT 95]** |

STIPULATION AND [PROPOSED] ORDER MODIFYING
PRETRIAL SCHEDULING ORDER

1

PDF created with pdfFactory trial version www.pdffactory.com

COME NOW THE PARTIES by and through their respective parties and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order of December 22, 2011 (Document 95), regarding the scheduling of this case:

- That the expert witness disclosure cut-off date currently set for April 16, 2012 be moved to April 30, 2012.
- That the supplemental expert witness disclosure cut-off date currently set for May 7, 2012 be moved to May 14, 2012.

This calendaring modification is requested because the parties have completed non-expert discovery; however, the volume of the discovery produced necessitates that the experts be given additional time to complete their reports. The requested modification does **not** change the expert discovery date cut-off date of May 31, 2012 nor does it change the existing scheduling order as it pertains to dispositive motions and trial.

Dated: April 3, 2012          LAW OFFICE OF STEWART KATZ

                              /s/ Stewart Katz
                              STEWART KATZ,
                              Attorneys for Plaintiffs

Dated: April 3, 2012          LAW OFFICE OF JOSEPH C. GEORGE

                              /s/ Joseph C. George, Sr.
                              JOSEPH C. GEORGE, SR.
                              Attorneys for Plaintiffs

Dated: April 3, 2012          LONGYEAR, O'DEA & LAVRA, LLP

                              /s/ Jennifer Marquez
                              JENNIFER MARQUEZ
                              Attorneys for Defendants,
                              County of Sacramento, John McGinness,
                              Scott Jones, Jamie Lewis, AnnMarie Boylan

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: April 3, 2012                    RIVERA & ASSOCIATES

2                                          /s/ Jesse M. Rivera
                                           JESSE M. RIVERA
3                                          Attorneys for Defendant,
                                           Peter Dietrich
4

5
   Dated: April 3, 2012                    WILKE, FLEURY, HOFFELT, GOULD &
6                                          BIRNEY, LLP

7                                          /s/ Robert F. Tyler, Jr.
8                                          ROBERT F. TYLER, JR.
                                           Attorneys for Defendants, Robert Hales,
9                                          Paul Hendricks, Gregory Sokolov, and
                                           L. Michael Tompkins
10

11

12 **IT IS SO ORDERED.**

13
   Dated: April 3, 2012                    /s/ John A. Mendez
14                                         The Honorable John A. Mendez
15                                         Judge of the U.S. District Court

STIPULATION AND [PROPOSED] ORDER MODIFYING
PRETRIAL SCHEDULING ORDER                                              3

PDF created with pdfFactory trial version www.pdffactory.com