RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884

Attorneys for Defendant,
PETER DIETRICH

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of BALJIT SINGH, deceased, by and through PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR DHANDA, Individually, DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH, Individually, <br><br>           Plaintiffs, <br><br>vs. <br><br>COUNTY OF SACRAMENTO, Sacramento County Sheriff JOHN MCGINNESS; Sacramento County Main Jail Commander SCOTT JONES; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Sacramento County Chief of Correctional Health Services ANNMARIE BOYLAN; Sacramento County Jail System Medical Director DR. PETER DIETRICH; UC Davis Department of Psychiatry Chair DR. ROBERT HALES; Clinical Director of Jail Psychiatric Services PAUL HENDRICKS; Medical Director of Jail Psychiatric Services DR. GREGORY SOKOLOV; L. MICHAEL TOMPKINS; DONNA L. CHAMPEAUL; and DOES 1 to 40, <br><br>           Defendants.          / | CASE NO.: **2:09-cv-01439 JAM JFM** <br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DIETRICH TO DISCLOSE EXPERT WITNESSES |

Defendant Dietrich's Request for Extension of Time to Disclose Expert Witnesses

**COME NOW THE PARTIES** by and through their respective attorneys, hereby stipulate to a three week extension for Defendant Dietrich to disclose his expert witnesses. The due date for Defendant Dietrich to disclose his expert witnesses is now May 18, 2012.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: April 30, 2012 | RIVERA & ASSOCIATES |
| | /s/ Jesse M. Rivera<br>JESSE M. RIVERA<br>Attorney for Defendant DIETRICH |
| Dated: | LAW OFF OF STEWART KATZ |
| | /s/ Stewart Katz<br>STEWART KATZ<br>Attorney for Plaintiffs |
| Dated: | LAW OFFICE OF JOSEPH C. GEORGE |
| | /s/ Joseph C. George<br>JOSEPH C. GEORGE<br>Attorney for Plaintiffs |
| Dated: | LONGYEAR, O'DEA & LAVRA, LLP |
| | /s/ Van Longyear<br>VAN LONGYEAR<br>JENNIFER MARQUEZ<br>Attorneys for Defendants<br>County of Sacramento, John Mc Guinness,<br>Scott Jones, Jamie Lewis, Ann Marie Boylan |
| Dated: | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| | /s/ Robert F. Tyler<br>ROBERT F. TYLER<br>Attorneys for Defendants<br>Robert Hayles, Paul Hendricks,<br>Gregory Sokolov, L. Michael Tompkins |

**I, JESSE M. RIVERA HEREBY DECLARE AS FOLLOWS:**

1. That I am the Attorney of Record for Defendant, DR. PETER DIETRICH, in the above entitled matter;

2. That I am licensed to practice in all of the courts of the State of California and am also authorized to practice in the Federal District Court, Eastern District, State of California, as well as the Northern and Central District, State of California.  I am also authorized to practice in the Ninth and the Eleventh Circuit District Court and the United States Supreme Court;

3. That I have been retained by the County of Sacramento and County Risk Management to represent the interests of Dr. Peter Dietrich in the above referenced matter;

4. That Dr. Dietrich was the former Medical Director of the Sacramento County Jail, Health Services;

5. Since the conclusion of discovery on this case on February 28, 2012, Mr. Katz and myself had been discussing resolving the portion of the case involving my client, Dr. Peter Dietrich.

6. On April 16, 2012 Mr. Katz called my office and we spoke. He advised me he would be prepared resolve the case against my client;

7. I spoke to risk management regarding the settlement offer, who is in charge of handling all settlements for the County and their employees. They advised me they would accept said offer;

8. On April 19, 2012 I communicated the acceptance of this offer to Mr. Katz, both by leaving a message at his office and by an e mail accepting his offer. We were awaiting Mr. Katz to file the appropriate dismissal with the court;

9.  Based on our agreement to resolve Dr. Dietrich's portion of the case all experts were advised to discontinue work on the case and to not author any reports;

10. At approximately 3:45 PM on Friday April 27, 2012 Mr. Katz called me on my cell

///

phone and advised me he was no longer willing to resolve the case of my client from this litigation;

11. At the time I received the call I was out of town and I just returned to my office on April 30, 2012;

12. Mr. Katz advised me he understood that expert witness disclosures were due on April 30, 2012 and based on the late notification he is prepared to stipulate and allow counsel for Dr. Dietrich an extension to disclose experts;

13. Thus on behalf of Dr. Dietrich counsel is seeking an extension of time of 18 days or up to May 18, 2012 to disclose experts and their reports;

14. Counsel will make his experts available for depositions promptly;

15. That all counsel in the action are prepared to stipulate to this brief extension.

I declare the above to be true under penalty of perjury, except as to the matters stated upon information and belief, and as to those matters I reasonably believe them to be true.

Executed this  30th  day of April, 2012, in and for the County of Sacramento, California.

/s/ Jesse M. Rivera
JESSE M. RIVERA

Defendant Dietrich's Request for Extension of Time to Disclose Expert Witnesses                    4

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of BALJIT SINGH, deceased, by and through PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR DHANDA, Individually, DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH, Individually, <br><br>                              Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, Sacramento County Sheriff JOHN MCGINNESS; Sacramento County Main Jail Commander SCOTT JONES; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Sacramento County Chief of Correctional Health Services ANNMARIE BOYLAN; Sacramento County Jail System Medical Director DR. PETER DIETRICH; UC Davis Department of Psychiatry Chair DR. ROBERT HALES; Clinical Director of Jail Psychiatric Services PAUL HENDRICKS; Medical Director of Jail Psychiatric Services DR. GREGORY SOKOLOV; L. MICHAEL TOMPKINS; DONNA L. CHAMPEAUL; and DOES 1 to 40, <br><br>                              Defendants.            / | CASE NO.:   CIV-S-05-2134 MCE CMK P <br><br> ORDER FOR EXTENSION OF TIME FOR DEFENDANT DIETRICH TO DISCLOSE EXPERT WITNESSES |

The parties having entered into a stipulation to a three week extension for Defendant Dietrich to disclose his expert witnesses, and good cause appearing, the due date for Defendant Dietrich to disclose his expert witnesses is now May 18, 2012.

IT IS ORDERED:

Dated: 5/1/2012

/s/ John A. Mendez
The Honorable John A. Mendez
Judge of the U.S. District Court