| | |
|---|---|
| **LONGYEAR, O'DEA & LAVRA, LLP**<br>Van Longyear, SBN 84189<br>Jennifer Marquez, SBN 232194<br>3620 American River Drive, Suite 230<br>Sacramento, CA 95864<br>Telephone: (916) 974-8500<br>Facsimile: (916) 974-8510<br>Attorneys for Defendants,<br>County of Sacramento, John McGinness,<br>Scott Jones, Jamie Lewis, AnnMarie Boylan | **LAW OFFICE OF JOSEPH C. GEORGE**<br>Joseph C. George, Sr., SBN 119231<br>Joseph George, Jr., SBN 200999<br>2431 Capitol Avenue<br>Sacramento, CA 95816<br>Telephone: (916) 442-7100<br>Facsimile: (916) 442-7657<br>Attorneys for Plaintiffs |
| **LAW OFFICE OF STEWART KATZ**<br>Stewart Katz, SBN 127425<br>Guy Danilowitz, SBN 257733<br>555 University Avenue, Suite 270<br>Sacramento, CA 95825<br>Telephone: (916) 444-5678<br>Facsimile: (916) 444-3364<br>Attorneys for Plaintiffs | **RIVERA & ASSOCIATES**<br>Jesse M. Rivera, SBN 084259<br>2180 Harvard Street, Ste. 310<br>Sacramento, CA 95815<br>Telephone: (916) 922-1200<br>Facsimile: (916) 922-1303<br>Attorneys for Defendant,<br>Peter Dietrich |

**WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**
Robert F. Tyler, SBN 063055
400 Capitol Mall, 22nd Floor
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Attorneys for Defendants,
Robert Hales, Paul Hendricks, Gregory Sokolov, and Dr. L. Michael Tompkins

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BALJIT SINGH, deceased, by and through PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR DHANDA, Individually; SUKHJIT KAUR DHANDA, Individually; DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH, Individually,<br><br>    Plaintiffs, | **CASE NO. 2:09-CV- 1439**<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER [DOCKET NO. 95]** |

PDF created with pdfFactory trial version www.pdffactory.com

1 | v.
2 | COUNTY OF SACRAMENTO; Sacramento County Sheriff JOHN MCGINNESS;
3 | Sacramento County Main Jail Commander SCOTT JONES; Sacramento County
4 | Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS;
5 | Sacramento County Chief of Correctional Health Services ANNMARIE BOYLAN;
6 | Sacramento County Jail System Medical Director Dr. PETER DIETRICH; UC Davis
7 | Department of Psychiatry Chair DR. ROBERT HALES; Clinical Direct of Jail
8 | Psychiatric Services PAUL HENDRICKS; Medical Director of Jail Psychiatric Services
9 | DR. GREGORY SOKOLOV; L. MICHAEL TOMPKINS; and Does 1 to 40, inclusive,
10 |
11 |     Defendants.
12 |
13 | COME NOW THE PARTIES by and through their respective counsel and subject to the
14 | approval of this Court, hereby stipulate and respectfully request the following modifications to
15 | this Court's Pretrial Scheduling Order of December 22, 2011 (Doc. No. 95).
16 | The parties propose the following schedule:

- That the expert discovery cut-off date currently set for May 31, 2012 be **moved to June 15, 2012**.
- That the dispositive motion filing date currently set for July 16, 2012 be **moved to July 30, 2012.**
- That the last day to file and serve an opposition to dispositive motions currently set for August 6, 2012 be **moved to August 20, 2012.**
- That the last day to file and serve a reply to an opposition to dispositive motions currently set for August 20, 2012 be **moved to September 6, 2012.**
- That the last day to hear dispositive motions currently set for September 5, 2012 at 9:30 a.m. **be moved to September 19, 2012 at 9:30 a.m.**

PDF created with pdfFactory trial version www.pdffactory.com

This calendaring modification is requested because the parties are unable to comply with the May 31, 2012 deadline for expert discovery due to the experts' limited availability and travel required as three experts are located out of state. The parties agree to extend all deadlines approximately two weeks to allow the parties sufficient time for deadlines regarding dispositive motions and to provide the Court sufficient time to review said motions.

**IT IS SO STIPULATED.**

Dated: May 31, 2012                    LAW OFFICE OF STEWART KATZ

                                            By: /s/ Stewart Katz                .
                                                  STEWART KATZ
                                                  Attorneys for Plaintiffs

Dated:  May 31, 2012                    LAW OFFICE OF JOSEPH C. GEORGE

                                            By: /s/ Joe George                .
                                                  JOSEPH C. GEORGE, SR.
                                                  Attorneys for Plaintiffs

Dated: May 31, 2012                    LONGYEAR, O'DEA & LAVRA, LLP

                                            By: /s/ Van Longyear                .
                                                  VAN LONGYEAR
                                                  JENNIFER MARQUEZ
                                                  Attorneys for Defendants,
                                                  County of Sacramento, John McGinness,
                                                  Scott Jones, Jamie Lewis, AnnMarie Boylan

Dated:  May 31, 2012                    RIVERA & ASSOCIATES

                                            By: /s/ Jesse Rivera                .
                                                  JESSE M. RIVERA
                                                  Attorneys for Defendant,
                                                  Peter Dietrich

Dated: May 31, 2012                    WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

                                            By: /s/ Robert Tyler                .
                                                  ROBERT F. TYLER, JR.
                                                  Attorneys for Defendants,
                                                  Robert Hales, Paul Hendricks,
                                                  Gregory Sokolov, L. Michael Tompkins

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO ORDERED.**

Dated: 6/1/2012

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com