1  RIVERA & ASSOCIATES
   2180 Harvard Street, Suite 310
2  Sacramento, California 95815

3  Tel: 916-922-1200 Fax: 916 922-1303

4  Jesse M. Rivera, CSN 84259
   Shanan L. Hewitt, CSN 200168
5  Jonathan B. Paul, CSN 215884

6  Attorneys for Defendant,
   PETER DIETRICH

7

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of BALJIT SINGH, deceased, by and through PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR DHANDA, Individually, DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH, Individually,<br><br>            Plaintiffs,<br>vs.<br><br>COUNTY OF SACRAMENTO, Sacramento County Sheriff JOHN MCGINNESS; Sacramento County Main Jail Commander SCOTT JONES; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Sacramento County Chief of Correctional Health Services ANNMARIE BOYLAN; Sacramento County Jail System Medical Director DR. PETER DIETRICH; UC Davis Department of Psychiatry Chair DR. ROBERT HALES; Clinical Director of Jail Psychiatric Services PAUL HENDRICKS; Medical Director of Jail Psychiatric Services DR. GREGORY SOKOLOV; L. MICHAEL TOMPKINS; DONNA L. CHAMPEAU; and DOES 1 to 40,<br>            Defendants.<br>_____/ | CASE NO.:  **2:09-cv-01439 JAM JFM**<br><br>**STIPULATED DISMISSAL WITH PREJUDICE  [FRCP 41(a)(1)]** |

Stipulated Dismissal with Prejudice F.R.C.P. 41 (a)(1)
Page 1

1  It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by
2  and between the plaintiffs Estate of BALJIT SINGH, deceased, by and through PRABJIT SINGH
3  DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH
4  DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT
5  SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR
6  DHANDA, Individually, DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH,, and
7  defendant PETER DIETRICH, individually and in his official capacity, by and through his attorney,
8  Jesse M. Rivera, that Defendant PETER DIETRICH be dismissed with prejudice forthwith.  Each
9  side to bear their own attorney's fees and costs.

Dated: June 15, 2012				LAW OFFICE OF STEWART KATZ

						 /s/ Stewart Katz
						STEWART KATZ,
						Attorneys for Plaintiffs


Dated: June 15, 2012				LAW OFFICE OF JOSEPH C. GEORGE


						/s/ Joseph C. George, Sr.
						JOSEPH C. GEORGE, SR.
						Attorneys for Plaintiffs


Dated: June 15, 2012				LONGYEAR, O'DEA & LAVRA, LLP

						/s/ Van Longyear
						VAN LONGYEAR
						Attorneys for Defendants,
						County of Sacramento, John McGinness,
						Scott Jones, Jamie Lewis, AnnMarie Boylan

Dated: June 15, 2012                    RIVERA & ASSOCIATES

/s/ Jesse M. Rivera
JESSE M. RIVERA
Attorneys for Defendant,
Peter Dietrich

Dated: June 15, 2012                    WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

/s/ Robert F. Tyler, Jr.
ROBERT F. TYLER, JR.
Attorneys for Defendants, Robert Hales,
Paul Hendricks, Gregory Sokolov, and

L. Michael Tompkins

The stipulation of the parties to dismiss Defendant PETER DIETRICH having been read and considered,

**IT IS HEREBY ORDERED** that Defendant PETER DIETRICH be, and hereby is, dismissed with prejudice forthwith. Each side to bear their own attorney's fees and costs.

Dated: June 15, 2012                    /s/ John A. Mendez
                                        UNITED STATES DISTRICT COURT JUDGE