1  RIVERA & ASSOCIATES
   2180 Harvard Street, Suite 310
2  Sacramento, California 95815

3  Tel: 916-922-1200 Fax: 916 922-1303

4  Jesse M. Rivera, CSN 84259
   Shanan L. Hewitt, CSN 200168
5  Jonathan B. Paul, CSN 215884

6  Attorneys for Defendant,
   PETER DIETRICH

7              IN THE UNITED STATES DISTRICT COURT

8            IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   Estate of BALJIT SINGH, deceased, by and          CASE NO.:   **2:09-cv-01439 JAM JFM**
10 through PRABJIT SINGH DHANDA,
   JASJIT KAUR DHANDA, SUKHJIT                       **STIPULATED DISMISSAL WITH**
11 KAUR DHANDA and DAVANJIT SINGH                    **PREJUDICE  [FRCP 41(a)(1)]**
   DHANDA (minors through their mother and
12 guardian ad litem Amarjit Singh) and
   AMARJIT SINGH as successors in interest;
13 PRABJIT SINGH DHANDA, Individually;
   JASJIT KAUR DHANDA, Individually,
14 DAVANJIT SINGH DHANDA,
   Individually; and AMARJIT SINGH,
15 Individually,

16              Plaintiffs,
   vs.
17
   COUNTY OF SACRAMENTO,
18 Sacramento County Sheriff JOHN
   MCGINNESS; Sacramento County Main
19 Jail Commander SCOTT JONES;
   Sacramento County Sheriff's Department
20 Chief of Correctional and Court Services
   JAMIE LEWIS; Sacramento County Chief
21 of Correctional Health Services
   ANNMARIE BOYLAN; Sacramento
22 County Jail System Medical Director DR.
   PETER DIETRICH; UC Davis Department
23 of Psychiatry Chair DR. ROBERT HALES;
   Clinical Director of Jail Psychiatric Services
24 PAUL HENDRICKS; Medical Director of
   Jail Psychiatric Services DR. GREGORY
25 SOKOLOV; L. MICHAEL TOMPKINS;
   DONNA L. CHAMPEAU; and DOES 1 to
26 40,
                Defendants.
27 _____/

28 _____
                                        Stipulated Dismissal with Prejudice F.R.C.P. 41 (a)(1)
                                                                                      Page 1

1   It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by
2   and between the plaintiffs Estate of BALJIT SINGH, deceased, by and through PRABJIT SINGH
3   DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH
4   DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT
5   SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR
6   DHANDA, Individually, DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH,, and
7   defendant PETER DIETRICH, individually and in his official capacity, by and through his attorney,
8   Jesse M. Rivera, that Defendant PETER DIETRICH be dismissed with prejudice forthwith. Each
9   side to bear their own attorney's fees and costs.

Dated: June 15, 2012                         LAW OFFICE OF STEWART KATZ

                                             /s/ Stewart Katz
                                             STEWART KATZ,
                                             Attorneys for Plaintiffs


Dated: June 15, 2012                         LAW OFFICE OF JOSEPH C. GEORGE

                                             /s/ Joseph C. George, Sr.
                                             JOSEPH C. GEORGE, SR.
                                             Attorneys for Plaintiffs


Dated: June 15, 2012                         LONGYEAR, O'DEA & LAVRA, LLP

                                             /s/ Van Longyear
                                             VAN LONGYEAR
                                             Attorneys for Defendants,
                                             County of Sacramento, John McGinness,
                                             Scott Jones, Jamie Lewis, AnnMarie Boylan

Page 2

2

| | |
|---|---|
| Dated: June 15, 2012 | RIVERA & ASSOCIATES |
| | /s/ Jesse M. Rivera |
| | JESSE M. RIVERA |
| | Attorneys for Defendant, |
| | Peter Dietrich |
| Dated: June 15, 2012 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| | /s/ Robert F. Tyler, Jr. |
| | ROBERT F. TYLER, JR. |
| | Attorneys for Defendants, Robert Hales, Paul Hendricks, Gregory Sokolov, and |
| | L. Michael Tompkins |

    The stipulation of the parties to dismiss Defendant PETER DIETRICH having been read and considered,

    **IT IS HEREBY ORDERED** that Defendant PETER DIETRICH be, and hereby is, dismissed with prejudice forthwith.  Each side to bear their own attorney's fees and costs.

| | |
|---|---|
| Dated: June 15, 2012 | /s/ John A. Mendez |
| | UNITED STATES DISTRICT COURT JUDGE |