| | |
|---|---|
| **LONGYEAR, O'DEA & LAVRA, LLP**<br>Van Longyear, SBN 84189<br>Jennifer Marquez, SBN 232194<br>3620 American River Drive, Suite 230<br>Sacramento, CA 95864<br>Telephone: (916) 974-8500<br>Facsimile: (916) 974-8510<br>Attorneys for Defendants,<br>County of Sacramento, John McGinness,<br>Scott Jones, Jamie Lewis, AnnMarie Boylan | **LAW OFFICE OF JOSEPH C. GEORGE**<br>Joseph C. George, Sr., SBN 119231<br>Joseph George, Jr., SBN 200999<br>2431 Capitol Avenue<br>Sacramento, CA 95816<br>Telephone: (916) 442-7100<br>Facsimile: (916) 442-7657<br>Attorneys for Plaintiffs |
| **LAW OFFICE OF STEWART KATZ**<br>Stewart Katz, SBN 127425<br>Guy Danilowitz, SBN 257733<br>555 University Avenue, Suite 270<br>Sacramento, CA 95825<br>Telephone: (916) 444-5678<br>Facsimile: (916) 444-3364<br>Attorneys for Plaintiffs | **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**<br>Robert F. Tyler, SBN 063055<br>400 Capitol Mall, 22nd Floor<br>Sacramento, CA 95814<br>Telephone: (916) 441-2430<br>Facsimile: (916) 442-6664<br>Attorneys for Defendants,<br>Robert Hales, Paul Hendricks, Gregory Sokolov, and Dr. L. Michael Tompkins |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BALJIT SINGH, deceased, by and through PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR DHANDA, Individually; SUKHJIT KAUR DHANDA, Individually; DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH, Individually,<br><br>Plaintiffs,<br>v.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff JOHN MCGINNESS; Sacramento County Main Jail Commander SCOTT JONES; Sacramento County Sheriff's Department Chief of Correctional | **CASE NO. 2:09-CV- 1439 JAM JFM**<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS JOHN MCGINNESS, ANN MARIE BOYLAN, JAMIE LEWIS, ALL STATE LAW CLAIMS (FIFTH CLAIM FOR RELIEF)**<br><br>**AND ORDER** |

PDF created with pdfFactory trial version www.pdffactory.com

and Court Services JAMIE LEWIS; Sacramento County Chief of Correctional Health Services ANNMARIE BOYLAN; Sacramento County Jail System Medical Director Dr. PETER DIETRICH; UC Davis Department of Psychiatry Chair DR. ROBERT HALES; Clinical Direct of Jail Psychiatric Services PAUL HENDRICKS; Medical Director of Jail Psychiatric Services DR. GREGORY SOKOLOV; L. MICHAEL TOMPKINS; and Does 1 to 40, inclusive,

Defendants.

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between the Plaintiffs Estate of BALJIT SINGH, deceased, by and through PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR DHANDA, Individually, DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH, and Defendants COUNTY OF SACRAMENTO, JOHN MCGINNESS, ANNMARIE BOYLAN, JAMIE LEWIS AND SCOTT JONES ("County Defendants") by and through their attorneys of record, to dismiss the following County Defendants and causes of action against County Defendants with prejudice:

1. County Defendant John McGinness, individually and in his official capacity, be dismissed with prejudice;

2. County Defendant Ann Marie Boylan, individually and in her official capacity, be dismissed with prejudice;

3. County Defendant Jamie Lewis, individually and in his official capacity, be dismissed with prejudice; and

4. All state law claims [Fifth Claim for Relief, Wrongful Death; Negligent Supervision, Training, Hiring and Retention (Cal. State Law), Failure to Furnish/Summon Medical Care (Cal. Govt. Code §845.6), Professional

PDF created with pdfFactory trial version www.pdffactory.com

Negligence/Medical Malpractice (Cal. State Law), Negligence/Negligence Per Se (Cal. State Law)] against County Defendants be dismissed with prejudice.

Each side to bear his, her and/or their own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: July 11, 2012          LAW OFFICE OF STEWART KATZ

                                        By: /s/ Stewart Katz                .
                                              STEWART KATZ
                                              Attorney for Plaintiffs

Dated: July 11, 2012          LAW OFFICE OF JOSEPH C. GEORGE

                                        By: /s/ Joseph C. George, Sr.                .
                                              JOSEPH C. GEORGE, SR.
                                              Attorney for Plaintiffs

Dated:  July 11, 2012          LONGYEAR, O'DEA & LAVRA, LLP

                                        By: /s/ Jennifer Marquez                .
                                              VAN LONGYEAR
                                              JENNIFER MARQUEZ
                                              Attorneys for Defendants,
                                              County of Sacramento, John McGinness,
                                              Scott Jones, Jamie Lewis, AnnMarie Boylan

Dated: July 11, 2012          WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

                                        By: /s/ Robert Tyler                .
                                              ROBERT F. TYLER, JR.
                                              Attorneys for Defendants, Robert Hales,
                                              Paul Hendricks, Gregory Sokolov,
                                              L. Michael Tompkins

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The stipulation of the parties to dismiss County Defendants JOHN MCGINNESS, ANN MARIE BOYLAN, JAMIE LEWIS and all state law claims against COUNTY DEFENDANTS having been read and considered,

**IT IS HEREBY ORDERED** that County Defendant JOHN MCGINNESS, ANN MARIE BOYLAN, JAMIE LEWIS are dismissed with prejudice forthwith and all state law claims against COUNTY DEFENDANTS are dismissed with prejudice.

Each side to bear his, her and/or their own attorney's fees and costs.

Dated:  7/11/12                                        /s/ John A. Mendez
                                                       THE HONORABLE JOHN A. MENDEZ
                                                       United States District Court Judge

Stipulation For Dismissal Of Defendants John McGinness, Ann Marie Boylan, Jamie Lewis, All State Law Claims (Fifth Claim For Relief) and Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com