1  **LONGYEAR, O'DEA & LAVRA, LLP**
   Van Longyear, SBN 84189
2  Jennifer Marquez, SBN 232194
   3620 American River Drive, Suite 230
3  Sacramento, CA  95864
   Telephone: (916) 974-8500
4  Facsimile:  (916) 974-8510
   Attorneys for Defendants,
5  County of Sacramento and Scott Jones

6
   **LAW OFFICE OF STEWART KATZ**
7  Stewart Katz, SBN 127425
   Guy Danilowitz, SBN 257733
8  555 University Avenue, Suite 270
   Sacramento, CA  95825
9  Telephone: (916) 444-5678
   Facsimile:  (916) 444-3364
10 Attorneys for Plaintiffs

**LAW OFFICE OF JOSEPH C. GEORGE**
Joseph C. George, Sr., SBN 119231
Joseph George, Jr., SBN 200999
2431 Capitol Avenue
Sacramento, CA  95816
Telephone: (916) 442-7100
Facsimile:  (916) 442-7657
Attorneys for Plaintiffs

**WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**
Robert F. Tyler, SBN 063055
400 Capitol Mall, 22nd Floor
Sacramento, CA  95814
Telephone: (916) 441-2430
Facsimile:  (916) 442-6664
Attorneys for Defendants,
Robert Hales, Paul Hendricks, Gregory
Sokolov, and Dr. L. Michael Tompkins

11

12

13

14                    **UNITED STATES DISTRICT COURT**

15                    **EASTERN DISTRICT OF CALIFORNIA**

16

17 ESTATE OF BALJIT SINGH, deceased, by
   and through PRABJIT SINGH DHANDA,
18 JASJIT KAUR DHANDA, SUKHJIT
   KAUR DHANDA and DAVANJIT SINGH
19 DHANDA (minors through their mother and
   guardian ad litem Amarjit Singh) and
20 AMARJIT SINGH as successors in interest;
   PRABJIT SINGH DHANDA, Individually;
21 JASJIT KAUR DHANDA, Individually;
   SUKHJIT KAUR DHANDA, Individually;
22 DAVANJIT SINGH DHANDA,
   Individually; and AMARJIT SINGH,
23 Individually,

24        Plaintiffs,
      v.
25
   COUNTY OF SACRAMENTO; Sacramento
26 County Sheriff JOHN MCGINNESS;
   Sacramento County Main Jail Commander
27 SCOTT JONES; Sacramento County
   Sheriff's Department Chief of Correctional
28 and Court Services JAMIE LEWIS;

**CASE NO. 2:09-CV-1439 JAM JFM**

**STIPULATION FOR DISMISSAL OF FIRST CLAIM FOR RELIEF (42 U.S.C. § 1983, DELIBERATE INDIFFERENCE SERIOUS MEDICAL NEEDS) AGAINST DEFENDANT SCOTT JONES**

**AND ORDER**

1  Sacramento County Chief of Correctional
   Health Services ANNMARIE BOYLAN;
2  Sacramento County Jail System Medical
   Director Dr. PETER DIETRICH; UC Davis
3  Department of Psychiatry Chair DR.
   ROBERT HALES; Clinical Direct of Jail
4  Psychiatric Services PAUL HENDRICKS;
   Medical Director of Jail Psychiatric Services
5  DR. GREGORY SOKOLOV; L. MICHAEL
   TOMPKINS; and Does 1 to 40, inclusive,
6
       Defendants.
7

8

9

10        IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil

11  Procedure, by and between the Plaintiffs Estate of BALJIT SINGH, deceased, by and through

12  PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and

13  DAVANJIT SINGH DHANDA (minors through their mother and guardian ad litem Amarjit

14  Singh) and AMARJIT SINGH as successors in interest; PRABJIT SINGH DHANDA,

15  Individually; JASJIT KAUR DHANDA, Individually, DAVANJIT SINGH DHANDA,

16  Individually; and AMARJIT SINGH, and Defendants COUNTY OF SACRAMENTO and

17  SCOTT JONES ("County Defendants") by and through their attorneys of record, to dismiss the

18  FIRST  CLAIM FOR RELIEF (42 U.S.C. §1983, Deliberate Indifference to Serious Medical

19  Needs) against DEFENDANT SCOTT JONES, with prejudice.

20        Each side to bear his, her and/or their own attorney's fees and costs.

21  **IT IS SO STIPULATED.**

22

23  Dated: July 18, 2012                    LAW OFFICE OF STEWART KATZ

24                                          By: /s/ Stewart Katz                    .
                                                STEWART KATZ
25                                              Attorney for Plaintiffs

26

27

28

Stipulation For Dismissal Of First Claim for Relief (42 U.S.C. § 1983, Deliberate Indifference to Serious Medical
Needs) against Defendant Scott Jones and Order
Page 2

1    Dated: July 18, 2012                              LAW OFFICE OF JOSEPH C. GEORGE

2

3                                                      By: /s/ Joseph C. George, Sr.                    .
                                                            JOSEPH C. GEORGE, SR.
4                                                           Attorney for Plaintiffs

5

6    Dated:  July 18, 2012                             LONGYEAR, O'DEA & LAVRA, LLP

7                                                      By: /s/ Jennifer Marquez                    .
                                                            VAN LONGYEAR
8                                                           JENNIFER MARQUEZ
                                                            Attorneys for Defendants,
9                                                           County of Sacramento and Scott Jones

10

11   Dated: July 18, 2012                              WILKE, FLEURY, HOFFELT, GOULD & BIRNEY,
                                                       LLP
12
                                                       By: /s/ Robert Tyler                              .
13                                                          ROBERT F. TYLER, JR.
                                                            Attorneys for Defendants, Robert Hales,
14                                                          Paul Hendricks, Gregory Sokolov,
                                                            L. Michael Tompkins
15

16                                            **ORDER**

17          The stipulation of the parties to dismiss the FIRST CLAIM FOR RELIEF (42 U.S.C.

18   §1983, Deliberate Indifference to Serious Medical Needs) against DEFENDANT SCOTT

19   JONES, having been read and considered,

20          **IT IS HEREBY ORDERED** that the FIRST CLAIM FOR RELIEF (42 U.S.C. §1983,

21   Deliberate Indifference to Serious Medical Needs) against DEFENDANT SCOTT JONES is

22   dismissed with prejudice.

23          Each side to bear his, her and/or their own attorney's fees and costs.

24

25
     Dated: July 18, 2012                              /s/ John A. Mendez_____
26                                                     The Honorable John A. Mendez
                                                       United States District Judge
27

28

---