| | |
|---|---|
| **LONGYEAR, O'DEA & LAVRA, LLP**<br>Van Longyear, SBN 84189<br>Jennifer Marquez, SBN 232194<br>3620 American River Drive, Suite 230<br>Sacramento, CA 95864<br>Telephone: (916) 974-8500<br>Facsimile: (916) 974-8510<br>Attorneys for Defendants,<br>County of Sacramento and Scott Jones | **LAW OFFICE OF JOSEPH C. GEORGE**<br>Joseph C. George, Sr., SBN 119231<br>Joseph George, Jr., SBN 200999<br>2431 Capitol Avenue<br>Sacramento, CA 95816<br>Telephone: (916) 442-7100<br>Facsimile: (916) 442-7657<br>Attorneys for Plaintiffs |
| **LAW OFFICE OF STEWART KATZ**<br>Stewart Katz, SBN 127425<br>Guy Danilowitz, SBN 257733<br>555 University Avenue, Suite 270<br>Sacramento, CA 95825<br>Telephone: (916) 444-5678<br>Facsimile: (916) 444-3364<br>Attorneys for Plaintiffs | **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**<br>Robert F. Tyler, SBN 063055<br>400 Capitol Mall, 22nd Floor<br>Sacramento, CA 95814<br>Telephone: (916) 441-2430<br>Facsimile: (916) 442-6664<br>Attorneys for Defendants,<br>Robert Hales, Paul Hendricks, Gregory Sokolov, and Dr. L. Michael Tompkins |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BALJIT SINGH, deceased, by and through PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR DHANDA, Individually; SUKHJIT KAUR DHANDA, Individually; DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH, Individually,<br><br>        Plaintiffs,<br>    v.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff JOHN MCGINNESS; Sacramento County Main Jail Commander SCOTT JONES; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; | **CASE NO. 2:09-CV-1439 JAM JFM**<br><br>**STIPULATION FOR DISMISSAL OF FIRST CLAIM FOR RELIEF (42 U.S.C. § 1983, DELIBERATE INDIFFERENCE SERIOUS MEDICAL NEEDS) AGAINST DEFENDANT SCOTT JONES**<br><br>**AND ORDER** |

|   |   |
|---|---|
| 1 | Sacramento County Chief of Correctional Health Services ANNMARIE BOYLAN; Sacramento County Jail System Medical Director Dr. PETER DIETRICH; UC Davis Department of Psychiatry Chair DR. ROBERT HALES; Clinical Direct of Jail Psychiatric Services PAUL HENDRICKS; Medical Director of Jail Psychiatric Services DR. GREGORY SOKOLOV; L. MICHAEL TOMPKINS; and Does 1 to 40, inclusive, |
| | Defendants. |

IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between the Plaintiffs Estate of BALJIT SINGH, deceased, by and through PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR DHANDA, Individually, DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH, and Defendants COUNTY OF SACRAMENTO and SCOTT JONES ("County Defendants") by and through their attorneys of record, to dismiss the FIRST CLAIM FOR RELIEF (42 U.S.C. §1983, Deliberate Indifference to Serious Medical Needs) against DEFENDANT SCOTT JONES, with prejudice.

Each side to bear his, her and/or their own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: July 18, 2012                    LAW OFFICE OF STEWART KATZ

                                        By: /s/ Stewart Katz                .
                                            STEWART KATZ
                                            Attorney for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: July 18, 2012 | LAW OFFICE OF JOSEPH C. GEORGE |
| 3 | | By: /s/ Joseph C. George, Sr.            . |
| | | JOSEPH C. GEORGE, SR. |
| 4 | | Attorney for Plaintiffs |
| 6 | Dated:  July 18, 2012 | LONGYEAR, O'DEA & LAVRA, LLP |
| 7 | | By: /s/ Jennifer Marquez            . |
| | | VAN LONGYEAR |
| 8 | | JENNIFER MARQUEZ |
| | | Attorneys for Defendants, |
| 9 | | County of Sacramento and Scott Jones |
| 11 | Dated: July 18, 2012 | WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP |
| 13 | | By: /s/ Robert Tyler            . |
| | | ROBERT F. TYLER, JR. |
| | | Attorneys for Defendants, Robert Hales, |
| 14 | | Paul Hendricks, Gregory Sokolov, |
| | | L. Michael Tompkins |

**ORDER**

The stipulation of the parties to dismiss the FIRST CLAIM FOR RELIEF (42 U.S.C. §1983, Deliberate Indifference to Serious Medical Needs) against DEFENDANT SCOTT JONES, having been read and considered,

**IT IS HEREBY ORDERED** that the FIRST CLAIM FOR RELIEF (42 U.S.C. §1983, Deliberate Indifference to Serious Medical Needs) against DEFENDANT SCOTT JONES is dismissed with prejudice.

Each side to bear his, her and/or their own attorney's fees and costs.

Dated: July 18, 2012                              /s/ John A. Mendez_____
                                                  The Honorable John A. Mendez
                                                  United States District Judge