| | |
|---|---|
| **LAW OFFICE OF STEWART KATZ** | **LAW OFFICE OF JOSEPH C. GEORGE** |
| Stewart Katz, SBN 127425 | Joseph C. George, Sr., SBN 119231 |
| Guy Danilowitz, SBN 257733 | Joseph George, Jr., SBN 200999 |
| 555 University Avenue, Suite 270 | 601 University Ave, Suite 200 |
| Sacramento, CA  95825 | Sacramento, CA  95825 |
| Telephone: (916) 444-5678 | Telephone: (916) 641-7300 |
| Facsimile:  (916) 444-3364 | Facsimile:  (916) 641-7303 |
| Attorneys for Plaintiffs | Attorneys for Plaintiffs |
| | |
| **LONGYEAR, O'DEA & LAVRA, LLP** | **WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP** |
| Van Longyear, SBN 84189 | |
| Jennifer Marquez, SBN 232194 | Robert F. Tyler, SBN 063055 |
| 3620 American River Drive, Suite 230 | 400 Capitol Mall, 22nd Floor |
| Sacramento, CA  95864 | Sacramento, CA  95814 |
| Telephone: (916) 974-8500 | Telephone: (916) 441-2430 |
| Facsimile:  (916) 974-8510 | Facsimile:  (916) 442-6664 |
| Attorneys for Defendants, | Attorneys for Defendants, |
| County of Sacramento, John McGinness, | Robert Hales, Paul Hendricks, Gregory |
| Scott Jones, Jamie Lewis, AnnMarie Boylan | Sokolov, and Dr. L. Michael Tompkins |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of BALJIT SINGH, et al. | NO. 2:09-CV-01439-JAM-JFM |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER [DOCUMENT 110]** |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |
| _____/ | ***AS MODIFIED BY THE COURT** |

COME NOW THE PARTIES by and through their respective parties and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order of June 1, 2012 (Document 110), regarding the scheduling of this case:

- That the last day to file and serve an opposition to dispositive motions currently set for August 20, 2012 be **moved to August 23, 2012.**

1
2
- That the last day to file and serve a reply to an opposition to dispositive motions currently set for September 6, 2012 be **moved to September 11, 2012.**

3
4
- That the dispositive motions currently set for September 19, 2012 at 9:30a.m. be **moved to October 3, 2012 at 9:30 a.m.**

5  This calendaring modification is requested because plaintiffs are responding to two
6  motions for summary judgment brought by multiple parties on multiple claims, and
7  because the requested modification allows the moving parties additional time to file their
8  replies.  The requested modification does **not** change the trial date of January 14, 2013 or
9  the Final Pretrial Conference date of November 9, 2012.

10  Dated: August 20, 2012                LAW OFFICE OF STEWART KATZ

11
12                                         /s/ Stewart Katz
                                           STEWART KATZ,
13                                         Attorneys for Plaintiffs

14  Dated: August 20, 2012                LAW OFFICE OF JOSEPH C. GEORGE

15                                         /s/ Joseph C. George, Sr.
                                           JOSEPH C. GEORGE, SR.
16                                         Attorneys for Plaintiffs

17

18  Dated: August 20, 2012                LONGYEAR, O'DEA & LAVRA, LLP

19                                         /s/ Van Longyear
                                           VAN LONGYEAR
20                                         Attorneys for Defendants,
21                                         County of Sacramento, John McGinness,
                                           Scott Jones, Jamie Lewis, AnnMarie Boylan
22

23

24  Dated: August 20, 2012                WILKE, FLEURY, HOFFELT, GOULD &
                                           BIRNEY, LLP
25

26                                         /s/ Robert F. Tyler, Jr.
                                           ROBERT F. TYLER, JR.
27                                         Attorneys for Defendants, Robert Hales,
                                           Paul Hendricks, Gregory Sokolov, and
28                                         L. Michael Tompkins

**IT IS SO ORDERED.**

Dated: 8/21/2012

/s/ John A. Mendez
The Honorable John A. Mendez
Judge of the U.S. District Court