**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN 127425
Guy Danilowitz, SBN 257733
555 University Avenue, Suite 270
Sacramento, CA 95825
Telephone: (916) 444-5678
Facsimile: (916) 444-3364
Attorneys for Plaintiffs

**LAW OFFICE OF JOSEPH C. GEORGE**
Joseph C. George, Sr., SBN 119231
Joseph George, Jr., SBN 200999
601 University Ave, Suite 200
Sacramento, CA 95825
Telephone: (916) 641-7300
Facsimile: (916) 641-7303
Attorneys for Plaintiffs

**LONGYEAR, O'DEA & LAVRA, LLP**
Van Longyear, SBN 84189
Jennifer Marquez, SBN 232194
3620 American River Drive, Suite 230
Sacramento, CA 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510
Attorneys for Defendants,
County of Sacramento, John McGinness,
Scott Jones, Jamie Lewis, AnnMarie Boylan

**WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**
Robert F. Tyler, SBN 063055
400 Capitol Mall, 22nd Floor
Sacramento, CA 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664
Attorneys for Defendants,
Robert Hales, Paul Hendricks, Gregory
Sokolov, and Dr. L. Michael Tompkins

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of BALJIT SINGH, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants.<br>_____/ | NO. 2:09-CV-01439-JAM-JFM<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER [DOCUMENT 110]**<br><br>*AS MODIFIED BY THE COURT |

COME NOW THE PARTIES by and through their respective parties and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order of June 1, 2012 (Document 110), regarding the scheduling of this case:

- That the last day to file and serve an opposition to dispositive motions currently set for August 20, 2012 be **moved to August 23, 2012.**

- That the last day to file and serve a reply to an opposition to dispositive motions currently set for September 6, 2012 be **moved to September 11, 2012.**
- That the dispositive motions currently set for September 19, 2012 at 9:30a.m. be **moved to October 3, 2012 at 9:30 a.m.**

This calendaring modification is requested because plaintiffs are responding to two motions for summary judgment brought by multiple parties on multiple claims, and because the requested modification allows the moving parties additional time to file their replies. The requested modification does **not** change the trial date of January 14, 2013 or the Final Pretrial Conference date of November 9, 2012.

Dated: August 20, 2012              LAW OFFICE OF STEWART KATZ

                                    /s/ Stewart Katz
                                    STEWART KATZ,
                                    Attorneys for Plaintiffs

Dated: August 20, 2012              LAW OFFICE OF JOSEPH C. GEORGE

                                    /s/ Joseph C. George, Sr.
                                    JOSEPH C. GEORGE, SR.
                                    Attorneys for Plaintiffs

Dated: August 20, 2012              LONGYEAR, O'DEA & LAVRA, LLP

                                    /s/ Van Longyear
                                    VAN LONGYEAR
                                    Attorneys for Defendants,
                                    County of Sacramento, John McGinness,
                                    Scott Jones, Jamie Lewis, AnnMarie Boylan

Dated: August 20, 2012              WILKE, FLEURY, HOFFELT, GOULD &
                                    BIRNEY, LLP

                                    /s/ Robert F. Tyler, Jr.
                                    ROBERT F. TYLER, JR.
                                    Attorneys for Defendants, Robert Hales,
                                    Paul Hendricks, Gregory Sokolov, and
                                    L. Michael Tompkins

1  **IT IS SO ORDERED.**

3  Dated: 8/21/2012

<u>/s/ John A. Mendez</u>
The Honorable John A. Mendez
Judge of the U.S. District Court