**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
Guy Danilowitz, SBN # 257733
555 University Avenue, Suite 270
Sacramento, CA  95825
Telephone: (916) 444-5678
Facsimile: (916) 444-3364

**LAW OFFICE OF JOSEPH C. GEORGE**
Joseph C. George, Sr., SBN 119231
Joseph George, Jr., SBN 200999
601 University Avenue, Suite 200
Sacramento, CA  95825
Telephone: (916) 641-7300
Facsimile:  (916) 641-7303

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of BALJIT SINGH, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Main Jail Commander SCOTT JONES; UC Davis Department of Psychiatry Chair DR. ROBERT HALES; Clinical Director of Jail Psychiatric Services PAUL HENDRICKS; Medical Director of Jail Psychiatric Services DR. GREGORY SOKOLOV; and L. MICHAEL TOMPKINS,<br><br>Defendants.<br>_____ / | **CASE NO. 2:09-CV- 1439 JAM JFM**<br><br>**PLAINTIFFS' REQUEST TO SEAL DOCUMENTS;  ORDER**<br><br>Judge: Hon. John A. Mendez<br>Date:   October 3, 2012<br>Time:  9:30 a.m.<br>Ctrm:  6 |

///

PLAINTIFFS' REQUEST TO SEAL DOCUMENTS; PROPOSED ORDER

1

1   Pursuant to Local Rule 141, Federal Rules of Civil Procedure 5.2 and 26, and this
2   Court's order of October 11, 2011 (ECF Document number 80), plaintiffs hereby request
3   that the enclosed documents be filed under seal.  Documents numbered S1 through S6
4   constitute plaintiffs' Exhibit 54 in opposition to motions for summary judgment and/or
5   summary adjudication, Relevant Portions of the Main Jail Division Deputy Training
6   Manual, and document numbered S7 constitutes plaintiffs' Exhibit 95 in opposition to
7   motions for summary judgment and/or summary adjudication, JPS Self-Inflicted Injury
8   Report, 1st Quarter 2008 (Deposition Exhibit 50).

9   Pursuant to the Court's October 11, 2011 order, the following persons are permitted
10  access to the documents:  counsel for a party (including the paralegal, clerical, and
11  secretarial staff employed by such counsel and independent office services vendors hired
12  by such counsel) and any expert retained for consultation and/or trial.

14  Dated:  September 6, 2012                    Respectfully submitted,

16                                                                 s/Stewart Katz
                                                                   STEWART KATZ,
17                                                                 Attorney for Plaintiff

19  **IT IS SO ORDERED.**

20  Dated:  9/6/2012                             /s/ John A. Mendez
                                                 JOHN A. MENDEZ
21                                               United States District Court Judge

PLAINTIFFS' REQUEST TO SEAL DOCUMENTS; PROPOSED ORDER

2