**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN # 127425
Guy Danilowitz, SBN # 257733
555 University Avenue, Suite 270
Sacramento, CA  95825
Telephone: (916) 444-5678
Facsimile: (916) 444-3364

**LAW OFFICE OF JOSEPH C. GEORGE**
Joseph C. George, Sr., SBN 119231
Joseph George, Jr., SBN 200999
601 University Avenue, Suite 200
Sacramento, CA  95825
Telephone: (916) 641-7300
Facsimile:  (916) 641-7303

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of BALJIT SINGH, et al. | **CASE NO. 2:09-CV- 1439 JAM JFM** |
| Plaintiffs, | **PLAINTIFFS' REQUEST TO SEAL DOCUMENTS;  ORDER** |
| vs. | Judge: Hon. John A. Mendez |
| COUNTY OF SACRAMENTO; Sacramento County Main Jail Commander SCOTT JONES; UC Davis Department of Psychiatry Chair DR. ROBERT HALES; Clinical Director of Jail Psychiatric Services PAUL HENDRICKS; Medical Director of Jail Psychiatric Services DR. GREGORY SOKOLOV; and L. MICHAEL TOMPKINS, | Date:    October 3, 2012<br>Time:   9:30 a.m.<br>Ctrm:   6 |
| Defendants. | |
| _____  / | |

///

PLAINTIFFS' REQUEST TO SEAL DOCUMENTS; PROPOSED ORDER

1

Pursuant to Local Rule 141, Federal Rules of Civil Procedure 5.2 and 26, and this Court's order of October 11, 2011 (ECF Document number 80), plaintiffs hereby request that the enclosed documents be filed under seal. Documents numbered S1 through S6 constitute plaintiffs' Exhibit 54 in opposition to motions for summary judgment and/or summary adjudication, Relevant Portions of the Main Jail Division Deputy Training Manual, and document numbered S7 constitutes plaintiffs' Exhibit 95 in opposition to motions for summary judgment and/or summary adjudication, JPS Self-Inflicted Injury Report, 1st Quarter 2008 (Deposition Exhibit 50).

Pursuant to the Court's October 11, 2011 order, the following persons are permitted access to the documents: counsel for a party (including the paralegal, clerical, and secretarial staff employed by such counsel and independent office services vendors hired by such counsel) and any expert retained for consultation and/or trial.

Dated: September 6, 2012                    Respectfully submitted,

 s/Stewart Katz
STEWART KATZ,
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: 9/6/2012                    /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge