# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BALJIT SINGH, ET AL., <br><br> Plaintiffs, <br> v. <br><br> COUNTY OF SACRAMENTO, ET AL. <br><br> Defendants. | CASE NO. 2:09-CV- 1439 JAM JFM <br><br> **ORDER REGARDING DEFENDANTS' JOINT REQUEST FOR AN EXTENSION OF TIME TO FILE REPLIES TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 144 AND MODIFICATION OF THE SCHEDULING ORDER (Doc. 132)** |

Defendants jointly filed a request for an extension of time to file and serve replies to Plaintiffs' Opposition to Defendants' Motions for Summary Judgment. Good cause appearing, IT IS HEREBY ORDERED that Defendants' request for an extension of time, up to and including September 14, 2012, to file and serve replies to Plaintiffs' Opposition to Motions for Summary Judgment, is granted.

**IT IS SO ORDERED**.

Dated: 9/7/2012                              /s/ John A. Mendez
                                             UNITED STATES DISTRICT COURT JUDGE