**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN 127425
Guy Danilowitz, SBN 257733
555 University Avenue, Suite 270
Sacramento, CA  95825
Telephone: (916) 444-5678
Facsimile:  (916) 444-3364

Attorneys for Plaintiffs

**LONGYEAR, O'DEA & LAVRA, LLP**
Van Longyear, SBN 84189
Jennifer Marquez, SBN 232194
3620 American River Drive, Suite 230
Sacramento, CA  95864
Telephone: (916) 974-8500
Facsimile:  (916) 974-8510

Attorneys for Defendants,
County of Sacramento,
Scott Jones,

**LAW OFFICE OF JOSEPH C. GEORGE**
Joseph C. George, Sr., SBN 119231
Joseph George, Jr., SBN 200999
601 University Ave, Suite 200
Sacramento, CA  95825
Telephone: (916) 641-7300
Facsimile:  (916) 641-7303

Attorneys for Plaintiffs

**WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**
Robert F. Tyler, SBN 063055
400 Capitol Mall, 22nd Floor
Sacramento, CA  95814
Telephone: (916) 441-2430
Facsimile:  (916) 442-6664

Attorneys for Defendants,
Robert Hales, Paul Hendricks, Gregory
Sokolov, and Dr. L. Michael Tompkins

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Estate of BALJIT SINGH, et al.

Plaintiffs,

vs.

COUNTY OF SACRAMENTO, et al.,

Defendants.
_____/

NO. 2:09-CV-01439-JAM-JFM

**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER [DOCUMENT 132]**

COME NOW THE PARTIES by and through their respective parties and subject to the approval of this Court, hereby stipulate and respectfully request the following modifications and/or amendments to this Court's Pretrial Scheduling Order of June 1, 2012 (Document 110), regarding the scheduling of this case:

- That the presently set trial date of January 14, 2013 is vacated.
- That the Final Pretrial Conference be heard on February 22, 2013 at 10:00 a.m..

1    •   That the trial date be April 8, 2013 at 9:00 a.m.

2      This calendaring modification is requested because of limited time between the

3 completion of the extensive arguments regarding the motions for summary judgment and

4 the January 14, 2013 trial date and the trial calendars of the Court and the parties.

5      The Court's initial PTSO, Docket # 30  regarding the timing of the joint pretrial

6 statement, the marking and identification of exhibits and other matter relating to trial shall

7 remain effect and be followed by the parties in relation to the new pretrial conference and

8 trial dates.

9

10   Dated: November 16, 2012            LAW OFFICE OF STEWART KATZ

11                                /s/ Stewart Katz

12                                STEWART KATZ,

13                                Attorneys for Plaintiffs

14   Dated: November 16, 2012            LAW OFFICE OF JOSEPH C. GEORGE

15                                /s/ Joseph C. George, Sr.

16                                JOSEPH C. GEORGE, SR.

17                                Attorneys for Plaintiffs

18   Dated: November 16, 2012            LONGYEAR, O'DEA & LAVRA, LLP

19                                /s/ Van Longyear

20                                VAN LONGYEAR

21                                Attorneys for Defendants,
                               County of Sacramento, John McGinness,

22                                Scott Jones, Jamie Lewis, AnnMarie Boylan

23

24   Dated: November 16, 2012            WILKE, FLEURY, HOFFELT, GOULD &
                               BIRNEY, LLP

25

26                                /s/ Robert F. Tyler, Jr.

27                                ROBERT F. TYLER, JR.
                               Attorneys for Defendants, Robert Hales,

28                                Paul Hendricks, Gregory Sokolov, and
                               L. Michael Tompkins

1    **IT IS SO ORDERED.**

2

3    Dated:  11/19/2012                            /s/ John A. Mendez

4                                                  The Honorable John A. Mendez
                                                   Judge of the U.S. District Court
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28