1 **LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN 127425
2 555 University Avenue, Suite 270
3 Sacramento, CA  95825
Telephone: (916) 444-5678
4 Facsimile:  (916) 444-3364
5 Attorneys for Plaintiffs

6 **LAW OFFICE OF JOSEPH C. GEORGE**
Joseph C. George, Sr., SBN 119231
7 Joseph George, Jr., SBN 200999
8 601 University Ave, Suite 200
Sacramento, CA  95825
9 Telephone: (916) 641-7300
Facsimile:  (916) 641-7303
10 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of BALJIT SINGH, et al. | NO. 2:09-CV-01439-JAM-JFM |
| Plaintiffs, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE;  ORDER** |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |
| _____/ | |

COME NOW, Plaintiffs, Estate of BALJIT SINGH, deceased, by and through PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR DHANDA, Individually; SUKHJIT KAUR DHANDA, Individually; DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH, Individually; and Defendants DR. ROBERT HALES, PAUL HENDRICKS, DR. GREGORY SOKOLOV, and L. MICHAEL TOMPKINS, and through their counsel stipulate that this

1  matter may be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil
2  Procedure, of any and all claims, in consideration of settlement payment from DR. ROBERT
3  HALES, PAUL HENDRICKS, DR. GREGORY SOKOLOV, and L. MICHAEL TOMPKINS
4  for amount satisfactory to Plaintiffs and as to the minor Plaintiffs with the approval of the
5  Court.
6      Each party to bear his, her or its own costs and attorneys' fees, including any
7  entitlement to fees or costs pursuant to 42 U.S.C. Section 1988.  The parties therefore
8  stipulate that this matter may be dismissed in its entirety with prejudice as to defendants
9  DR. ROBERT HALES, PAUL HENDRICKS, DR. GREGORY SOKOLOV, and L.
10  MICHAEL TOMPKINS.

12  Dated: September 11, 2013    LAW OFFICE OF STEWART KATZ

13                              /s/ Stewart Katz
14                              STEWART KATZ,
                                Attorneys for Plaintiffs

16  Dated: September 11, 2013    LAW OFFICE OF JOSEPH C. GEORGE

                                /s/ Joseph C. George, Sr.
18                              JOSEPH C. GEORGE, SR.
                                Attorneys for Plaintiffs

21  Dated: September 15, 2013    WILKE, FLEURY, HOFFELT, GOULD &
                                BIRNEY, LLP

                                /s/ Robert F. Tyler, Jr.
23                              ROBERT F. TYLER, JR.
                                Attorneys for Defendants,
24                              DR. ROBERT HALES, PAUL HENDRICKS;
                                DR. GREGORY SOKOLOV; L. MICHAEL
25                              TOMPKINS

27  ///
28  ///

**ORDER DISMISSING ACTION**

**IT IS SO ORDERED**.  This entire action is dismissed with prejudice as to defendants DR. ROBERT HALES, PAUL HENDRICKS, DR. GREGORY SOKOLOV, and L. MICHAEL TOMPKINS.  All parties to bear his, her, or its own costs and attorneys' fees.

Dated:  9/17/2013                            /s/ John A. Mendez_____
                                             UNITED STATES DISTRICT COURT JUDGE