**LAW OFFICE OF STEWART KATZ**
Stewart Katz, SBN 127425
555 University Avenue, Suite 270
Sacramento, CA  95825
Telephone: (916) 444-5678
Facsimile:  (916) 444-3364

Attorneys for Plaintiffs

**LAW OFFICE OF JOSEPH C. GEORGE**
Joseph C. George, Sr., SBN 119231
Joseph George, Jr., SBN 200999
601 University Ave, Suite 200
Sacramento, CA  95825
Telephone: (916) 641-7300
Facsimile:  (916) 641-7303

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Estate of BALJIT SINGH, et al.

　　　　　　　Plaintiffs,

　　vs.

COUNTY OF SACRAMENTO, et al.,

　　　　　　　Defendants.
_____/

NO. 2:09-CV-01439-JAM-JFM

**STIPULATION FOR DISMISSAL WITH PREJUDICE;  ORDER**

　　　COME NOW, Plaintiffs, Estate of BALJIT SINGH, deceased, by and through PRABJIT SINGH DHANDA, JASJIT KAUR DHANDA, SUKHJIT KAUR DHANDA and DAVANJIT SINGH DHANDA (minors through their mother and guardian ad litem Amarjit Singh) and AMARJIT SINGH as successors in interest; PRABJIT SINGH DHANDA, Individually; JASJIT KAUR DHANDA, Individually; SUKHJIT KAUR DHANDA, Individually; DAVANJIT SINGH DHANDA, Individually; and AMARJIT SINGH, Individually; and Defendants DR. ROBERT HALES, PAUL HENDRICKS, DR. GREGORY SOKOLOV, and L. MICHAEL TOMPKINS, and through their counsel stipulate that this

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

1

1  matter may be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil
2  Procedure, of any and all claims, in consideration of settlement payment from DR. ROBERT
3  HALES, PAUL HENDRICKS, DR. GREGORY SOKOLOV, and L. MICHAEL TOMPKINS
4  for amount satisfactory to Plaintiffs and as to the minor Plaintiffs with the approval of the
5  Court.
6       Each party to bear his, her or its own costs and attorneys' fees, including any
7  entitlement to fees or costs pursuant to 42 U.S.C. Section 1988.  The parties therefore
8  stipulate that this matter may be dismissed in its entirety with prejudice as to defendants
9  DR. ROBERT HALES, PAUL HENDRICKS, DR. GREGORY SOKOLOV, and L.
10 MICHAEL TOMPKINS.

12 Dated: September 11, 2013            LAW OFFICE OF STEWART KATZ

                                       /s/ Stewart Katz
                                       STEWART KATZ,
                                       Attorneys for Plaintiffs

16 Dated: September 11, 2013            LAW OFFICE OF JOSEPH C. GEORGE

                                       /s/ Joseph C. George, Sr.
                                       JOSEPH C. GEORGE, SR.
                                       Attorneys for Plaintiffs

21 Dated: September 15, 2013            WILKE, FLEURY, HOFFELT, GOULD &
                                       BIRNEY, LLP

                                       /s/ Robert F. Tyler, Jr.
                                       ROBERT F. TYLER, JR.
                                       Attorneys for Defendants,
                                       DR. ROBERT HALES, PAUL HENDRICKS;
                                       DR. GREGORY SOKOLOV; L. MICHAEL
                                       TOMPKINS

27 ///
28 ///

STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

2

**ORDER DISMISSING ACTION**

**IT IS SO ORDERED**.  This entire action is dismissed with prejudice as to defendants DR. ROBERT HALES, PAUL HENDRICKS, DR. GREGORY SOKOLOV, and L. MICHAEL TOMPKINS.  All parties to bear his, her, or its own costs and attorneys' fees.

Dated:  9/17/2013                    /s/ John A. Mendez_____
                                     UNITED STATES DISTRICT COURT JUDGE